# Exhibit 12

US008762658B2

(12) **United States Patent**
Flynn et al.

(10) Patent No.: **US 8,762,658 B2**
(45) Date of Patent: **Jun. 24, 2014**

(54) **SYSTEMS AND METHODS FOR PERSISTENT DEALLOCATION**

(75) Inventors: **David Flynn**, Sandy, UT (US);
**Jonathan Thatcher**, Liberty Lake, WA (US); **Michael Zappe**, Arvada, CO (US)

(73) Assignee: **Fusion-io, Inc.**, Salt Lake City, UT (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/566,471**

(22) Filed: **Aug. 3, 2012**

(65) **Prior Publication Data**
US 2012/0331206 A1 Dec. 27, 2012

**Related U.S. Application Data**

(63) Continuation of application No. 11/952,113, filed on Dec. 6, 2007, now Pat. No. 8,261,005.

(60) Provisional application No. 60/873,111, filed on Dec. 6, 2006, provisional application No. 60/974,470, filed on Sep. 22, 2007.

(51) **Int. Cl.**
*G06F 13/00* (2006.01)
*G06F 13/28* (2006.01)

(52) **U.S. Cl.**
USPC .................... **711/154**; 711/E12.002; 707/692

(58) **Field of Classification Search**
USPC .......................... 711/154, E12.002; 707/692
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,571,674 A | | 2/1986 | Hartung |
| 5,193,184 A | * | 3/1993 | Belsan et al. ..................... 711/4 |
| 5,261,068 A | | 11/1993 | Gaskins et al. |
| 5,307,497 A | | 4/1994 | Feigenbaum et al. |
| 5,325,509 A | | 6/1994 | Lautzenheiser |
| 5,357,475 A | * | 10/1994 | Hasbun et al. ................ 711/103 |
| 5,392,427 A | | 2/1995 | Barrett et al. |
| 5,404,485 A | | 4/1995 | Ban |
| 5,438,671 A | | 8/1995 | Miles |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 1771495 | 5/2006 |
| EP | 1418502 | 5/2004 |

(Continued)

OTHER PUBLICATIONS

State Intellectual Property Office, Office Action, CN Application No. 200780050983.8, issued May 18, 2011.

(Continued)

*Primary Examiner* — Edward Dudek, Jr.
(74) *Attorney, Agent, or Firm* — Stoel Rives LLP

(57) **ABSTRACT**

An apparatus, system, and method are disclosed for managing data with an empty data segment directive at the storage device. The apparatus, system, and method for managing data include a write request receiver module and a data segment token storage module. The write request receiver module receives a storage request from a requesting device. The storage request includes a request to store a data segment in a storage device. The data segment includes a series of repeated, identical characters or a series of repeated, identical character strings. The data segment token storage module stores a data segment token in the storage device. The data segment token includes at least a data segment identifier and a data segment length. The data segment token is substantially free of data from the data segment.

**26 Claims, 18 Drawing Sheets**



**US 8,762,658 B2**

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,469,555 A | 11/1995 | Ghosh et al. | |
| 5,499,354 A | 3/1996 | Aschoff et al. | |
| 5,504,882 A | 4/1996 | Chai | |
| 5,535,399 A | 7/1996 | Blitz et al. | |
| 5,553,261 A | 9/1996 | Hasbun et al. | |
| 5,586,291 A | 12/1996 | Lasker et al. | |
| 5,594,883 A | 1/1997 | Pricer | |
| 5,596,736 A | 1/1997 | Kerns | |
| 5,598,370 A | 1/1997 | Nijima et al. | |
| 5,651,133 A | 7/1997 | Burkes | |
| 5,680,579 A | 10/1997 | Young et al. | |
| 5,682,497 A | 10/1997 | Robinson | |
| 5,682,499 A | 10/1997 | Bakke et al. | |
| 5,701,434 A | 12/1997 | Nakagawa | |
| 5,745,792 A | 4/1998 | Jose | |
| 5,754,563 A | 5/1998 | White | |
| 5,757,567 A | 5/1998 | Hetzler et al. | |
| 5,787,486 A | 7/1998 | Chin et al. | |
| 5,802,602 A | 9/1998 | Rahman et al. | |
| 5,809,527 A | 9/1998 | Cooper et al. | |
| 5,809,543 A | 9/1998 | Byers et al. | |
| 5,845,329 A | 12/1998 | Onishi et al. | |
| 5,930,815 A | 7/1999 | Estakhri et al. | |
| 5,957,158 A | 9/1999 | Volz et al. | |
| 5,960,462 A | 9/1999 | Solomon et al. | |
| 6,000,019 A | 12/1999 | Dykstal et al. | |
| 6,014,724 A * | 1/2000 | Jenett | 711/103 |
| 6,073,232 A | 6/2000 | Kroeker et al. | |
| 6,101,601 A | 8/2000 | Matthews et al. | |
| 6,170,039 B1 | 1/2001 | Kishida | |
| 6,170,047 B1 | 1/2001 | Dye | |
| 6,173,381 B1 | 1/2001 | Dye | |
| 6,185,654 B1 | 2/2001 | Van Doren | |
| 6,209,088 B1 | 3/2001 | Reneris | |
| 6,236,593 B1 | 5/2001 | Hong et al. | |
| 6,256,642 B1 | 7/2001 | Krueger et al. | |
| 6,279,069 B1 | 8/2001 | Robinson et al. | |
| 6,289,413 B1 | 9/2001 | Rogers et al. | |
| 6,330,688 B1 | 12/2001 | Brown | |
| 6,336,174 B1 | 1/2002 | Li et al. | |
| 6,356,986 B1 | 3/2002 | Solomon et al. | |
| 6,370,631 B1 | 4/2002 | Dye | |
| 6,385,710 B1 | 5/2002 | Goldman et al. | |
| 6,404,647 B1 | 6/2002 | Minne | |
| 6,412,080 B1 | 6/2002 | Fleming et al. | |
| 6,418,478 B1 | 7/2002 | Ignatius et al. | |
| 6,507,911 B1 | 1/2003 | Langford | |
| 6,523,102 B1 | 2/2003 | Dye et al. | |
| 6,564,285 B1 | 5/2003 | Mills | |
| 6,587,915 B1 | 7/2003 | Kim | |
| 6,601,211 B1 | 7/2003 | Norman | |
| 6,625,685 B1 | 9/2003 | Cho et al. | |
| 6,629,112 B1 | 9/2003 | Shank | |
| 6,658,438 B1 | 12/2003 | Moore et al. | |
| 6,671,757 B1 | 12/2003 | Multer et al. | |
| 6,715,027 B2 | 3/2004 | Kim et al. | |
| 6,751,155 B2 | 6/2004 | Gorobets | |
| 6,754,774 B2 | 6/2004 | Gruner et al. | |
| 6,775,185 B2 | 8/2004 | Fujisawa et al. | |
| 6,779,088 B1 | 8/2004 | Benveniste et al. | |
| 6,785,776 B2 | 8/2004 | Arimilli et al. | |
| 6,785,785 B2 | 8/2004 | Piccirillo et al. | |
| 6,877,076 B1 | 4/2005 | Cho et al. | |
| 6,880,049 B2 | 4/2005 | Gruner et al. | |
| 6,883,069 B2 | 4/2005 | Yoshida | |
| 6,883,079 B1 | 4/2005 | Priborsky | |
| 6,938,133 B2 | 8/2005 | Johnson et al. | |
| 6,957,158 B1 | 10/2005 | Hancock et al. | |
| 6,959,369 B1 | 10/2005 | Ashton et al. | |
| 6,981,070 B1 | 12/2005 | Luk et al. | |
| 6,996,676 B2 | 2/2006 | Megiddo | |
| 7,010,652 B2 | 3/2006 | Piccirillo et al. | |
| 7,010,662 B2 | 3/2006 | Aasheim et al. | |
| 7,013,376 B2 | 3/2006 | Hooper, III | |
| 7,013,379 B1 | 3/2006 | Testardi | |

| | | | |
|---|---|---|---|
| 7,035,974 B2 | 4/2006 | Shang | |
| 7,043,599 B1 | 5/2006 | Ware et al. | |
| 7,047,366 B1 | 5/2006 | Ezra | |
| 7,050,337 B2 | 5/2006 | Iwase et al. | |
| 7,058,769 B1 | 6/2006 | Danilak | |
| 7,076,599 B2 | 7/2006 | Aasheim et al. | |
| 7,082,495 B2 | 7/2006 | DeWhitt et al. | |
| 7,082,512 B2 | 7/2006 | Aasheim et al. | |
| 7,085,879 B2 | 8/2006 | Aasheim et al. | |
| 7,089,391 B2 | 8/2006 | Geiger et al. | |
| 7,093,101 B2 | 8/2006 | Aasheim et al. | |
| 7,096,321 B2 | 8/2006 | Modha | |
| 7,130,956 B2 | 10/2006 | Rao | |
| 7,130,957 B2 | 10/2006 | Rao | |
| 7,167,953 B2 | 1/2007 | Megiddo et al. | |
| 7,171,536 B2 | 1/2007 | Chang et al. | |
| 7,173,852 B2 | 2/2007 | Gorobets | |
| 7,181,572 B2 | 2/2007 | Walmsley | |
| 7,194,577 B2 | 3/2007 | Johnson et al. | |
| 7,194,740 B1 | 3/2007 | Frank et al. | |
| 7,203,815 B2 | 4/2007 | Haswell | |
| 7,215,580 B2 | 5/2007 | Gorobets | |
| 7,219,238 B2 | 5/2007 | Saito et al. | |
| 7,243,203 B2 | 7/2007 | Scheuerlein | |
| 7,246,179 B2 | 7/2007 | Camara et al. | |
| 7,254,686 B2 | 8/2007 | Islam | |
| 7,260,820 B1 | 8/2007 | Waldspurger et al. | |
| 7,275,135 B2 | 9/2007 | Coulson | |
| 7,280,536 B2 | 10/2007 | Testardi | |
| 7,305,520 B2 | 12/2007 | Voight et al. | |
| 7,340,558 B2 | 3/2008 | Lee et al. | |
| 7,340,566 B2 | 3/2008 | Voth | |
| 7,356,651 B2 | 4/2008 | Liu et al. | |
| 7,360,015 B2 | 4/2008 | Matthews et al. | |
| 7,366,808 B2 | 4/2008 | Kano et al. | |
| 7,395,384 B2 | 7/2008 | Sinclair et al. | |
| 7,398,348 B2 | 7/2008 | Moore et al. | |
| 7,437,510 B2 | 10/2008 | Rosenbluth et al. | |
| 7,447,847 B2 | 11/2008 | Louie et al. | |
| 7,450,420 B2 | 11/2008 | Sinclair et al. | |
| 7,464,221 B2 | 12/2008 | Nakamura et al. | |
| 7,487,235 B2 | 2/2009 | Andrews et al. | |
| 7,487,320 B2 | 2/2009 | Bansal et al. | |
| 7,516,267 B2 | 4/2009 | Coulson et al. | |
| 7,526,614 B2 | 4/2009 | van Riel | |
| 7,529,905 B2 | 5/2009 | Sinclair | |
| 7,536,491 B2 | 5/2009 | Kano et al. | |
| 7,552,271 B2 | 6/2009 | Sinclair et al. | |
| 7,580,287 B2 | 8/2009 | Aritome | |
| 7,603,532 B2 | 10/2009 | Rajan et al. | |
| 7,610,348 B2 | 10/2009 | Kisley et al. | |
| 7,620,773 B2 | 11/2009 | Nicholson et al. | |
| 7,640,390 B2 | 12/2009 | Iwamura et al. | |
| 7,644,239 B2 | 1/2010 | Ergan et al. | |
| 7,660,911 B2 | 2/2010 | McDaniel | |
| 7,660,941 B2 | 2/2010 | Lee et al. | |
| 7,664,239 B2 | 2/2010 | Groff et al. | |
| 7,669,019 B2 | 2/2010 | Fujibayashi et al. | |
| 7,676,628 B1 | 3/2010 | Compton et al. | |
| 7,702,873 B2 | 4/2010 | Griess et al. | |
| 7,721,059 B2 | 5/2010 | Mylly et al. | |
| 7,725,628 B1 | 5/2010 | Phan et al. | |
| 7,831,783 B2 | 11/2010 | Pandit et al. | |
| 7,840,839 B2 | 11/2010 | Scales et al. | |
| 7,853,772 B2 | 12/2010 | Chang et al. | |
| 7,873,782 B2 | 1/2011 | Terry | |
| 7,873,803 B2 | 1/2011 | Cheng | |
| 7,882,305 B2 | 2/2011 | Moritoki | |
| 7,904,647 B2 | 3/2011 | El-Batal et al. | |
| 7,913,051 B1 | 3/2011 | Todd et al. | |
| 7,917,803 B2 | 3/2011 | Stefanus et al. | |
| 7,941,591 B2 | 5/2011 | Aviles | |
| 7,984,230 B2 | 7/2011 | Nasu et al. | |
| 8,046,526 B2 | 10/2011 | Yeh | |
| 8,055,820 B2 | 11/2011 | Sebire | |
| 8,127,103 B2 | 2/2012 | Kano et al. | |
| 8,135,900 B2 | 3/2012 | Kunimatsu et al. | |
| 8,135,904 B2 | 3/2012 | Lasser et al. | |
| 8,151,082 B2 | 4/2012 | Flynn et al. | |

**US 8,762,658 B2**

Page 3

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 8,171,204 B2 | 5/2012 | Chow et al. |
| 8,214,583 B2 | 7/2012 | Sinclair et al. |
| 2002/0069317 A1 | 6/2002 | Chow et al. |
| 2002/0069318 A1 | 6/2002 | Chow et al. |
| 2002/0103819 A1 | 8/2002 | Duvillier |
| 2002/0161855 A1 | 10/2002 | Manczak et al. |
| 2002/0181134 A1 | 12/2002 | Bunker et al. |
| 2003/0061296 A1 | 3/2003 | Craddock et al. |
| 2003/0140051 A1 | 7/2003 | Fujiwara et al. |
| 2003/0145230 A1 | 7/2003 | Chiu et al. |
| 2003/0149753 A1 | 8/2003 | Lamb |
| 2003/0163630 A1* | 8/2003 | Aasheim et al. .............. 711/103 |
| 2003/0198084 A1 | 10/2003 | Fujisawa et al. |
| 2004/0003002 A1 | 1/2004 | Adelmann |
| 2004/0093463 A1 | 5/2004 | Shang |
| 2004/0148360 A1 | 7/2004 | Mehra et al. |
| 2004/0186946 A1 | 9/2004 | Lee |
| 2004/0268359 A1 | 12/2004 | Hanes |
| 2005/0002263 A1 | 1/2005 | Iwase et al. |
| 2005/0015539 A1 | 1/2005 | Horii et al. |
| 2005/0027951 A1 | 2/2005 | Piccirillo et al. |
| 2005/0120177 A1 | 6/2005 | Black |
| 2005/0141313 A1 | 6/2005 | Gorobets |
| 2005/0177672 A1 | 8/2005 | Rao |
| 2005/0177687 A1 | 8/2005 | Rao |
| 2005/0193166 A1 | 9/2005 | Johnson et al. |
| 2005/0216653 A1 | 9/2005 | Aasheim et al. |
| 2005/0240713 A1 | 10/2005 | Wu |
| 2005/0246510 A1 | 11/2005 | Retnamma et al. |
| 2005/0257017 A1 | 11/2005 | Yagi |
| 2005/0273476 A1 | 12/2005 | Wertheimer |
| 2006/0004955 A1 | 1/2006 | Ware et al. |
| 2006/0020744 A1 | 1/2006 | Sinclair et al. |
| 2006/0026385 A1 | 2/2006 | Dinechin et al. |
| 2006/0059326 A1 | 3/2006 | Aasheim et al. |
| 2006/0075057 A1 | 4/2006 | Gildea et al. |
| 2006/0085626 A1 | 4/2006 | Roberson et al. |
| 2006/0129778 A1 | 6/2006 | Clark et al. |
| 2006/0136657 A1 | 6/2006 | Rudelic et al. |
| 2006/0143396 A1 | 6/2006 | Cabot |
| 2006/0149893 A1 | 7/2006 | Barfuss et al. |
| 2006/0179263 A1 | 8/2006 | Song et al. |
| 2006/0184722 A1 | 8/2006 | Sinclair |
| 2006/0190552 A1 | 8/2006 | Henze et al. |
| 2006/0224849 A1 | 10/2006 | Islam et al. |
| 2006/0236061 A1 | 10/2006 | Koclanes |
| 2006/0248387 A1 | 11/2006 | Nicholson et al. |
| 2006/0265636 A1 | 11/2006 | Hummler |
| 2006/0271740 A1 | 11/2006 | Mark et al. |
| 2007/0005928 A1* | 1/2007 | Trika et al. .................... 711/202 |
| 2007/0016699 A1 | 1/2007 | Minami |
| 2007/0033325 A1 | 2/2007 | Sinclair |
| 2007/0033326 A1 | 2/2007 | Sinclair |
| 2007/0033327 A1 | 2/2007 | Sinclair |
| 2007/0033362 A1 | 2/2007 | Sinclair |
| 2007/0043900 A1 | 2/2007 | Yun |
| 2007/0050548 A1 | 3/2007 | Bali et al. |
| 2007/0050571 A1 | 3/2007 | Nakamura |
| 2007/0061508 A1 | 3/2007 | Zweighaft |
| 2007/0088666 A1 | 4/2007 | Saito |
| 2007/0118676 A1 | 5/2007 | Kano et al. |
| 2007/0118713 A1 | 5/2007 | Guterman |
| 2007/0124540 A1 | 5/2007 | van Riel |
| 2007/0136555 A1 | 6/2007 | Sinclair |
| 2007/0143532 A1 | 6/2007 | Gorobets et al. |
| 2007/0143560 A1 | 6/2007 | Gorobets |
| 2007/0143561 A1 | 6/2007 | Gorobets |
| 2007/0143566 A1 | 6/2007 | Gorobets |
| 2007/0150689 A1 | 6/2007 | Pandit et al. |
| 2007/0156998 A1 | 7/2007 | Gorobets |
| 2007/0168698 A1* | 7/2007 | Coulson et al. .................. 714/5 |
| 2007/0198770 A1 | 8/2007 | Horii et al. |
| 2007/0204128 A1 | 8/2007 | Lee et al. |
| 2007/0208790 A1 | 9/2007 | Reuter et al. |
| 2007/0233937 A1 | 10/2007 | Coulson et al. |

| | | |
|---|---|---|
| 2007/0260608 A1 | 11/2007 | Hertzberg et al. |
| 2007/0261030 A1 | 11/2007 | Wadhwa |
| 2007/0263514 A1 | 11/2007 | Iwata et al. |
| 2007/0266037 A1 | 11/2007 | Terry |
| 2007/0274150 A1 | 11/2007 | Gorobets |
| 2007/0300008 A1 | 12/2007 | Rogers et al. |
| 2008/0010395 A1 | 1/2008 | Mylly et al. |
| 2008/0052377 A1 | 2/2008 | Light |
| 2008/0091876 A1 | 4/2008 | Fujibayashi et al. |
| 2008/0109090 A1 | 5/2008 | Esmaili et al. |
| 2008/0120469 A1 | 5/2008 | Kornegay et al. |
| 2008/0126507 A1 | 5/2008 | Wilkinson |
| 2008/0126700 A1 | 5/2008 | El-Batal et al. |
| 2008/0140737 A1 | 6/2008 | Garst et al. |
| 2008/0229045 A1 | 9/2008 | Qi |
| 2008/0235443 A1 | 9/2008 | Chow et al. |
| 2008/0243966 A1 | 10/2008 | Croisettier |
| 2008/0263259 A1 | 10/2008 | Sadovsky et al. |
| 2008/0263305 A1 | 10/2008 | Shu et al. |
| 2008/0263569 A1 | 10/2008 | Shu et al. |
| 2008/0276040 A1 | 11/2008 | Moritoki |
| 2008/0294847 A1 | 11/2008 | Maruyama et al. |
| 2009/0070526 A1 | 3/2009 | Tetrick |
| 2009/0083478 A1 | 3/2009 | Kunimatsu et al. |
| 2009/0083485 A1 | 3/2009 | Cheng |
| 2009/0089485 A1 | 4/2009 | Yeh |
| 2009/0125650 A1 | 5/2009 | Sebire |
| 2009/0125700 A1 | 5/2009 | Kisel |
| 2009/0150599 A1 | 6/2009 | Bennett |
| 2009/0150605 A1 | 6/2009 | Flynn et al. |
| 2009/0150641 A1 | 6/2009 | Flynn et al. |
| 2009/0228637 A1 | 9/2009 | Moon |
| 2009/0248763 A1 | 10/2009 | Rajan |
| 2009/0248922 A1 | 10/2009 | Hinohara et al. |
| 2009/0276588 A1 | 11/2009 | Murase |
| 2009/0276654 A1 | 11/2009 | Butterworth et al. |
| 2009/0287887 A1 | 11/2009 | Matsuki |
| 2009/0292861 A1 | 11/2009 | Kanevsky et al. |
| 2009/0300277 A1 | 12/2009 | Jeddeloh |
| 2009/0307424 A1 | 12/2009 | Galloway et al. |
| 2009/0313453 A1 | 12/2009 | Stefanus et al. |
| 2009/0327602 A1 | 12/2009 | Moore et al. |
| 2009/0327804 A1 | 12/2009 | Moshayedi |
| 2010/0005228 A1 | 1/2010 | Fukutomi |
| 2010/0011147 A1 | 1/2010 | Hummel et al. |
| 2010/0017556 A1 | 1/2010 | Chin |
| 2010/0017568 A1 | 1/2010 | Wadhawan et al. |
| 2010/0023674 A1 | 1/2010 | Aviles |
| 2010/0023676 A1 | 1/2010 | Moon et al. |
| 2010/0023682 A1 | 1/2010 | Lee et al. |
| 2010/0030946 A1 | 2/2010 | Kano et al. |
| 2010/0076936 A1 | 3/2010 | Rajan |
| 2010/0082922 A1 | 4/2010 | George et al. |
| 2010/0095059 A1 | 4/2010 | Kisley et al. |
| 2010/0169542 A1 | 7/2010 | Sinclair |
| 2010/0205231 A1 | 8/2010 | Cousins |
| 2010/0205335 A1 | 8/2010 | Phan et al. |
| 2010/0211737 A1 | 8/2010 | Flynn et al. |
| 2010/0217916 A1 | 8/2010 | Gao et al. |
| 2010/0235597 A1 | 9/2010 | Arakawa |
| 2010/0262738 A1 | 10/2010 | Swing et al. |
| 2010/0262740 A1 | 10/2010 | Borchers et al. |
| 2010/0262757 A1 | 10/2010 | Sprinkle et al. |
| 2010/0262759 A1 | 10/2010 | Borchers et al. |
| 2010/0262760 A1 | 10/2010 | Swing et al. |
| 2010/0262761 A1 | 10/2010 | Borchers et al. |
| 2010/0262762 A1 | 10/2010 | Borchers et al. |
| 2010/0262766 A1 | 10/2010 | Sprinkle et al. |
| 2010/0262767 A1 | 10/2010 | Borchers et al. |
| 2010/0262773 A1 | 10/2010 | Borchers et al. |
| 2010/0262894 A1 | 10/2010 | Swing et al. |
| 2010/0262979 A1 | 10/2010 | Borchers et al. |
| 2011/0022819 A1 | 1/2011 | Post et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1814039 | 3/2009 |
| GB | 0123416 | 9/2001 |
| JP | 4242848 | 8/1994 |

**US 8,762,658 B2**

Page 4

(56) **References Cited**

FOREIGN PATENT DOCUMENTS

| JP | 8153014 | 6/1996 |
| JP | 200259525 | 9/2000 |
| JP | 2009122850 | 6/2009 |
| WO | WO 94/19746 | 9/1994 |
| WO | WO 95/18407 | 7/1995 |
| WO | WO 96/12225 | 4/1996 |
| WO | WO0201365 | 1/2002 |
| WO | WO2004099989 | 11/2004 |
| WO | WO2005103878 | 11/2005 |
| WO | WO2006062511 | 6/2006 |
| WO | WO2006065626 | 6/2006 |
| WO | WO2008130799 | 3/2008 |
| WO | WO 2008/073421 | 6/2008 |
| WO | WO2011106394 | 9/2011 |

OTHER PUBLICATIONS

State Intellectual Property Office, Office Action, CN Application No. 200780050970.0, issued Oct. 28, 2010.
State Intellectual Property Office, Office Action, CN Application No. 200780050970.0, issued Jun. 29, 2011.
State Intellectual Property Office, Office Action, CN Application No. 200780050970.0, issued Jan. 5, 2012.
State Intellectual Property Office, Office Action, CN Application No. 200780051020.X, issued Nov. 11, 2010.
State Intellectual Property Office, Office Action, CN Application No. 200780051020.X, issued Jul. 6, 2011.
State Intellectual Property Office, Office Action, CN Application No. 200780051020.X, issued Nov. 7, 2011.
European Patent Office, Office Action, EP Application No. 07865345.8, issued Nov. 17, 2010.
United States Patent Office, Final Office Action, U.S. Appl. No. 11/952,109, mailed Nov. 29, 2011.
United States Patent Office, Office Action, U.S. Appl. No. 11/952,113, mailed Mar. 6, 2012.
United States Patent Office, Office Action, U.S. Appl. No. 11/952,113, mailed Dec. 15, 2010.
United States Patent Office, Office Action, U.S. Appl. No. 11/952,109, issued May 1, 2012.
Ari, "Performance Boosting and Workload Isolation in Storage Area Networks with SanCache," Hewlett Packard Laboratories, Proceedings of the 23rd IEEE / 14th NASA Goddard Conference on Mass Storage Systems and Technologies (MSST 2006), May 2006, pp. 263-227.
Gutmann, "Secure Deletion of Data from Magnetic and Solid-State Memory", Usenix, 14 pages, San Jose, CA, published Jul. 1, 1996.
Brandon, Jr., "Sparse Matrices in CS Education," Journal of Computing Sciences in Colleges, vol. 24 Issue 5, May 2009, pp. 93-98.
Gal, "A Transactional Flash File System for Microcontrollers," 2005 USENIX Annual Technical Conference, published Apr. 10, 2009.
Plank, "A Tutorial on Reed-Solomon Coding for Fault Tolerance in RAID-like System," Department of Computer Science, University of Tennessee, pp. 995-1012, Sep. 1997.
Actel, "Actel Fusion FPGAs Supporting Intelligent Peripheral Management Interface (IPMI) Applications," http://www.actel.com/documents/Fusion_IPMI_AN.pdf, Oct. 1, 2006, visited Mar. 11, 2010.
Asine, "ASPMC-660 Rugged IDE Flash Drive PMC Module ", http://www.asinegroup.com/products/aspmc660.html, copyright 2002, visited Nov. 8, 2009.
BiTMICRO, "BiTMICRO Introduces E-Disk PMC Flash Disk Module at Military & Aerospace Electronics East 2004," http://www.bitmicro.com/press.sub, published May 18, 2004, visited Mar. 8, 2011.
Spansion, "Data Management Software (DMS) for AMD Simultaneous Read/Write Flash Memory Devices", published Jul. 7, 2003.
Van Hensbergen, "Dynamic Policy Disk Caching for Storage Networking," IBM Research Division, RC24123, Nov. 2006.

Spillane, "Enabling Transactional File Access via Lightweight Kernel Extensions", Stony Brook University, IBM T. J. Watson Research Center, published Feb. 25, 2009.
Wu, "eNVy: A Non-Volatile, Main Memory Storage System," ACM 0-89791-660-3/94/0010, ASPLOS-VI Proceedings of the sixth international conference on Architectural support for programming languages and operating systems, pp. 86-97, 1994.
Wright, "Extending Acid Semantics to the File System", ACM Transactions on Storage, vol. 3, No. 2, published May 1, 2011, pp. 1-40.
Seltzer, "File System Performance and Transaction Support", university of California at Berkeley, published Jan. 1, 1992.
Novell, "File System Primer", http://wiki.novell.com/index.php/File_System_Primer, 2006, visited Oct. 18, 2006.
Dan, "Implementing MLC NAND Flash for Cost-Effective, High-Capacity Memory," M-Systems, White Paper, 91-SR-014-02-8L, Rev 1.1, Sep. 2003.
Samsung Electronics, "Introduction to Samsung's Linux Flash File System—RFS Application Note", Version 1.0, Nov. 2006.
Morgenstern, David, "Is There a Flash Memory RAID in your Future?", http://www.eweek.com—eWeek, Ziff Davis Enterprise Holdings Inc., Nov. 8, 2006, visited Mar. 18, 2010.
Anonymous, "Method for Fault Tolerance in Nonvolatile Storage", http://ip.com, IP.com No. IPCOM000042269D, 2005.
Volos, "Mnemosyne: Lightweight Persistent Memory", ACM 978-1-4503-0266-1/11/03, published Mar. 5, 2011.
ELNEC, "NAND Flash Memories and Programming NAND Flash Memories Using ELNEC Device Programmers, Application Note," published Mar. 1, 2007.
Tal, "NAND vs. NOR Flash Technology," M-Systems, www2.electronicproducts.com/PrintArticle.aspx?ArticleURL=FEBMSY1.feb2002.html, visited Nov. 22, 2010.
Coburn, "NV-Heaps: Making Persistent Objects Fast and Safe with Next-Generation, Non-Volatile Memories", ACM 978-1-4503-0266-1/11/0, published Mar. 5, 2011.
Mesnier, "Object-Based Storage," IEEE Communications Magazine, Aug. 2003, pp. 84-90.
Garfinkel, "One Big File Is Not Enough: A Critical Evaluation of the Dominant Free-Space Sanitization Technique," 6th Workshop on Privacy Enhancing Technologies. Cambridge, United Kingdom, published Jun. 1, 2006.
Porter, "Operating System Transactions," ACM 978-1-60558-752-3/09/10, published Oct. 1, 2009.
Sears, "Stasis: Flexible Transactional Storage," OSDI '06: 7th USENIX Symposium on Operating Systems Design and Implementation, published Nov. 6, 2006.
Rosenblum, "The Design and Implementation of a Log-Structured File System," ACM Transactions on Computer Systems, vol. 10 Issue 1, Feb. 1992.
Seltzer, "Transaction Support in a Log-Structured File System", Harvard University Division of Applied Sciences, published Jan. 1, 1993 (Chapter 5, pp. 52-69).
Seltzer, "Transaction Support in Read Optimized and Write Optimized File Systems," Proceedings of the 16th VLDB Conference, Brisbane, Australia, published Jan. 1, 1990.
Barrall et al., U.S. Appl. No. 60/625,495, "Dynamically Expandable and Contractible Fault-Tolerant Storage System Permitting Variously Sized Storage Devices and Method," filed Nov. 5, 2004.
Barrall et al., U.S. Appl. No. 60/718,768, "Dynamically Adaptable Fault-Tolerant Storage System," filed Sep. 20, 2005.
Terry et al., U.S. Appl. No. 60/797,127, "Filesystem-aware Block Storage System, Apparatus, and Method," filed May 3, 2006.
United States Patent Office, U.S. Appl. No. 60/912,728, published as U.S. Application Publication No. 20080263305 on Oct. 23, 2008.
WIPO, International Search Report and Written Opinion for PCT/US2011/025885, mailed Sep. 28, 2011.
WIPO, International Search Report and Written Opinion for PCT/US2007/025048, mailed May 27, 2008.
WIPO, International Preliminary Report on Patentability for PCT/US2007/025048, mailed Jun. 10, 2009.
WIPO, International Preliminary Report on Patentability for PCT/US2007/059048, mailed Oct. 20, 2009.
WIPO, International Search Report and Written Opinion for PCT/US2007/059048, mailed Aug. 25, 2008.

**US 8,762,658 B2**

Page 5

(56)          **References Cited**

OTHER PUBLICATIONS

WIPO, International Preliminary Report on Patentability for PCT/ US2007/086687, mailed Mar. 18, 2009.
WIPO, International Search Report and Written Opinion for PCT/ US2007/086687, mailed Sep. 5, 2008.
WIPO, International Preliminary Report on Patentability for PCT/ US2007/086688, mailed Apr. 28, 2009.
WIPO, International Search Report and Written Opinion for PCT/ US2007/086691, mailed May 8, 2008.
WIPO, International Preliminary Report on Patentability for PCT/ US2007/086691, mailed Feb. 16, 2006.
WIPO, International Search Report and Written Opinion for PCT/ US2007/086701, mailed Jun. 5, 2008.
WIPO, International Preliminary Report on Patentability for PCT/ US2007/086701, mailed Mar. 16, 2009.
WIPO, International Search Report and Written Opinion for PCT/ US2010/048325, mailed Jun. 1, 2011.
WIPO, International Preliminary Report on Patentability for PCT/ US2010/048325, mailed Mar. 13, 2012.
WIPO, International Search Report and Written Opinion for PCT/ US2011/65927, mailed Aug. 28, 2012.
WIPO, International Search Report and Written Opinion for PCT/ US2007/86691, mailed May 8, 2008.
WIPO, Preliminary Report on Patentability for PCT/US2007/ 086691, mailed Feb. 16, 2009.
WIPO, International Search Report for PCT/US2011/025885, mailed Sep. 28, 2011.
Arpaci-Dusseau, "Removing the Costs of Indirection in Flash-based SSDs with Nameless Writes," Jun. 2010, HotStorage'10, Boston, MA.
Bonnet, "Flash Device Support for Database Management," published Jan. 9, 2011.
Clustered Storage Solutions: "Products," http://www.clusteredstorage.com/clustered_storage_solutions.HTML, last visited Feb. 16, 2010.
Hensbergen, IBM Research Report, "Dynamic Policy Disk Caching for Storage Networking," IBM Research Division, Computer Science, RC24123, Nov. 28, 2006.
Huffman, "Non-Volatile Memory Host Controller Interface," Apr. 14, 2008, 65 pgs.
Hystor: "Making SSDs the Survival of the Fittest in High-Performance Storage Systems," ics10-Paper 102, Feb. 2010.
Hynix Semiconductor, Intel Corporation, Micron Technology, Inc. Phison Electronics Corp., Sony Corporation, Spansion, Stmicroelectronics, "Open NAND Flash Interface Specification," Revision 2.0, Feb. 27, 2008.
Intel, "Non-Volatile Memory Host Controller Interface (NVMHCI) 1.0," Apr. 14, 2008.
IBM, "Method to Improve Reliability of SSD Arrays," Nov. 2009.
Johnson, "An Introduction to Block Device Drivers," Jan. 1, 1995.

Kawaguchi, "A Flash-Memory Based File System," TCON'95 Proceedings of the USENIX 1995 Technical Conference Proceedings, p. 13.
Micron Technology, Inc., "NAND Flash 101: An Introduction to NAND Flash and How to Design It in to Your Next Product (TN-29-19)," http://www.micron.com/~/media/Documents/Products/ Technical%20Note/NAND/NAND%20Flash/145tn2919_nand_101.pdf, 2006, visited May 10, 2010.
Micron, "TN-29-42: Wear-Leveling Techniques in NAND Flash Devices," Mar. 10, 2010.
Micron, TN-29-08: Technical Note, "Hamming Codes for NAND Flash Memory Devices," Mar. 10, 2010.
Microsoft, "How NTFS Works," Apr. 9, 2010.
Probert, "Windows Kernel Internals Cache Manager," Microsoft Corporation, http://www.i.u-tokyo.ac.jp/edu/training/ss/lecture/ new-documents/Lectures/15-CacheManager/CacheManager.pdf, printed May 15, 2010.
Ranaweera, 05-270RO, SAT: Write Same (10) command (41h), T10/ 05, Jul. 7, 2005, www.t10.org/ftp/t10/document.05/05-270r0.pdf, last visited Apr. 11, 2013.
Shimpi, Anand, The SSD Anthology: Understanding SSDs and New Drives from OCZ, Mar. 18, 2009, 69 pgs.
Shu, "Data Set Management Commands Proposals for ATA8-ACS2," Dec. 12, 2007, http://www.t13.org.Documents/UploadedDocuments/docs2008/e07154r6-Data_Set_Management_Proposal_ for_ATA-ACS2.pdf, printed Apr. 5, 2010.
USPTO, Office Action for U.S. Appl. No. 12/711,113, mailed Jun. 6, 2012—P200905US1.
USPTO, Office Action for U.S. Appl. No. 12/711,113, mailed Nov. 23, 2012—P200905US1.
USPTO, Office Action for U.S. Appl. No. 13/607,486 mailed Jan. 10, 2013.
USPTO, Office Action for U.S. Appl. No. 12/879,004 mailed Feb. 25, 2013.
USPTO, Notice of Allowance for U.S. Appl. No. 12/986,117, Mailed Apr. 4, 2013—P201001US1.
USPTO, Office Action for U.S. Appl. No. 13/118,237 mailed Apr. 22, 2013.
USPTO, Office Action for U.S. Appl. No. 13,607,486 mailed May 2, 2013.
USPTO, Notice of Allowance for U.S. Appl. No. 12/986,117 Mailed Jun. 5, 2013—P201001US1.
Wacha, "Improving RAID-Based Storage Systems with Flash Memory," First Annual ISSDM/SRL Research Symposium, Oct. 20-21, 2009.
Walp, "System Integrated Flash Storage," Microsoft Corporation, 2008, http://download.microsoft.com/download/5/E/6/5E66B27B-988B-4F50-AF3A-C2FF1E62180F/COR-T559_WHO8.pptx, Printed Apr. 6, 2010, 8 pgs.
Wikipedia, "Object Storage Device," http://en.wikipedia.org/wiki/ Object-storage-device, last visited Apr. 29, 2010.
Yerrick, "Block Device," http://www.pineight.com/ds/block, last visited Mar. 1, 2010.

* cited by examiner



FIG. 1A



FIG. 1B

U.S. Patent          Jun. 24, 2014          Sheet 3 of 18          US 8,762,658 B2



FIG. 2A



FIG. 2B



FIG. 3



FIG. 4A



FIG. 4B



FIG. 5



600
602
Begin
604
Receive a Data Segment in an Input Buffer
606
Packetize the Data Segments
608
Generate ECC for the Data Packets
610
Buffer the Data Packets in a Write Sync Buffer
612
Write Packets to Solid-State Storage Over Storage I/O Bus
614
Buffer Data Packets into Read Synchronization Buffer
616
Correcting Errors in the Read Data Packet if Necessary
618
Depacketizing the Data Packet
620
Reformatting the Read Data Packet into Data Segment
622
Buffering the Data Segment in an Output Buffer
624
End

FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11



FIG. 12

1300
Storage Device 150
Storage Controller 152
Write Request Receiver Module 1302
Data Segment Token Storage Module 1304
Token Generation Module 1306
Read Request Receiver Module 1308
Read Data Segment Token Module 1310
Read Request Response Module 1312
Transmit Data Segment Token Module 1314
Reconstitute Data Segment Module 1318
Secure Erase Module 1320
Erase Confirmation Module 1322
Transmit Data Segment Module 1316
Storage Space Reservation Module 1324
Data Storage Device 154
Requesting Device 1326
Token Generation Module 1306
Reconstitute Data Segment Module 1318

FIG. 13



FIG. 14



FIG. 15

US 8,762,658 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# SYSTEMS AND METHODS FOR PERSISTENT DEALLOCATION

## CROSS-REFERENCES TO RELATED APPLICATIONS

This application claims priority to U.S. patent application Ser. No. 11/952,113, entitled, "Apparatus, System, and Method for Managing Data in a Storage Device with an Empty Data Token Directive," filed on Dec. 6, 2007, and issued as U.S. Pat. No. 8,261,005, on Sep. 4, 2012, and which claims priority to U.S. Provisional Patent Application Ser. No. 60/873,111, entitled "Elemental Blade System," filed on Dec. 6, 2006 for David Flynn, et al., and to U.S. Provisional Patent Application No. 60/974,470 entitled "Apparatus, System, and Method for Object-Oriented Solid-State Storage," filed on Sep. 22, 2007 for David Flynn, et al. Each of the above-referenced applications are incorporated herein by reference.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to managing data in a data storage device and more particularly relates to managing data in a storage device using an empty data segment directive.

2. Description of the Related Art

Typically, when data is no longer useful it may be erased. In many file systems, an erase command deletes a directory entry in the file system while leaving the data in place in the storage device containing the data. Typically, a data storage device is not involved in this type of erase operation. Another method of erasing data is to write zeros, ones, or some other null data character to the data storage device to actually replace the erased file. However, this is inefficient because valuable bandwidth is used while transmitting the data is being overwritten. In addition, space in the storage device is taken up by the data used to overwrite invalid data.

In some storage devices, like the solid-state storage device 102 described herein, updating previously stored data does not overwrite existing data. Attempting to overwrite data with a string of ones or a string of zeros on such a device takes up valuable space without fulfilling the desired intent of overwriting the existing data. For these devices, such as solid-state storage devices 102, a client 114 typically does not have an ability to overwrite data to erase it.

When receiving a string of repeated characters or character strings, the received data is highly compressible, but typically compression is done by a file system prior to transmission to a storage device. A typical storage device cannot distinguish between compressed data and uncompressed data. The storage device may also receive a command to read the erased file so the storage device may transmit a stream of zeros, ones, or a null character to the requesting device. Again, bandwidth is required to transmit data representing the erased file.

## SUMMARY OF THE INVENTION

From the foregoing discussion, it should be apparent that a need exists for an apparatus, system, and method for a storage device to receive a directive that data is to be erased so that the storage device can store a data segment token that represents an empty data segment or data with repeated characters or character strings. The apparatus, system, and method may also erase the existing data so that the resulting used storage space comprises the small data segment token. An apparatus, system, and method are presented that overcome some or all of the shortcomings of the prior art.

The present invention has been developed in response to the present state of the art, and in particular, in response to the problems and needs in the art that have not yet been fully solved by currently available data management systems. Accordingly, the present invention has been developed to provide an apparatus, system, and method for managing data that overcome many or all of the above-discussed shortcomings in the art.

The apparatus for managing data is provided with a plurality of modules including a write request receiver module and a data segment token storage module. The write request receiver module receives a storage request from a requesting device. The storage request includes a request to store a data segment in a storage device. The data segment includes a series of repeated, identical characters or a series of repeated, identical character strings. The data segment token storage module stores a data segment token in the storage device. The data segment token includes at least a data segment identifier and a data segment length, and the data segment token is substantially free of data from the data segment.

In one embodiment, the storage request includes a token directive to store the data segment token where the storage request is free from data of the data segment. In another embodiment, the data segment token storage module generates the data segment token prior to storing the token. The data segment token storage module generates the data segment token from information in the token directive. The token directive is free from the data segment token. In another embodiment, the token directive includes the data segment token and the data segment token storage module recognizes that the data segment token represents the data segment.

In one embodiment, the storage request includes data from the data segment and the apparatus includes a token generation module that generates a data segment token from the data segment. The data segment token is created in response to the storage request to store the data segment. In a further embodiment, the token generation module resides at the requesting device.

In one embodiment, the apparatus includes a secure erase module that overwrites existing data with characters such that the existing data is non-recoverable. The existing data includes data of a data segment previously stored on the storage device identified with the same data segment identifier as the data segment identified in the storage request. In a further embodiment, the secure erase module further includes an erase confirmation module that transmits a message indicating that the existing data has been overwritten. The erase confirmation message is transmitted in response to the secure erase module overwriting the existing data. In another embodiment, the secure erase module overwrites the existing data during a storage space recovery operation. In another embodiment, the storage request includes a request to overwrite the existing data and the secure erase module overwrites the existing data in response to the request to overwrite the existing data.

In one embodiment, the apparatus includes a read request receiver module that receives a storage request to read the data segment, a read data segment token module that reads the data segment token corresponding to the data segment requested by the storage request, and a read request response module that transmits a response to the requesting device. The response is generated using the data segment token corresponding to the requested data segment.

In a further embodiment, the read request response module includes a transmit data segment token module that transmits

US 8,762,658 B2

**3**

in the response a message to the requesting device. The message includes at least the data segment identifier and the data segment length and the message is substantially free from data of the data segment. In another further embodiment, the apparatus includes a reconstitute data segment module that reconstitutes data of the data segment using the data segment token, and the read request response module includes a transmit data segment module that transmits the reconstituted requested data segment.

In one embodiment, the series of repeated, identical characters or character strings indicate that the data segment is empty. In another embodiment, the storage request includes a request to reserve storage space on the storage device. The requested reserved storage space includes an amount of storage space substantially similar to the data segment length. In the embodiment, the apparatus includes a storage space reservation module that reserves an amount of storage space on the storage device consistent with the request to reserve storage space.

In one embodiment, the empty data segment token includes an entry in an index, where the index corresponds to information and data stored on the storage device. In another embodiment, the data segment token includes an object stored on the storage device. In another embodiment, the data segment token includes metadata stored on the storage device. In yet another embodiment, the data segment token includes at least one of a data segment location indicator, at least one instance of the repeated, identical character, and at least one instance of the repeated, identical character string.

Another apparatus for managing data is provided with a plurality of modules including a read request receiver module, a read data segment token module and a read request response module. The read request receiver module receives a storage request to read a data segment from a storage device. The data segment is represented on the storage device by a data segment token. The data segment includes a series of repeated, identical characters or a series of repeated, identical character strings. The data segment token includes a data segment identifier and a data segment length. The data segment token is substantially free of data of the data segment. The read data segment token module reads the data segment token corresponding to the data segment requested in the storage request. The read request response module transmits a response to the requesting device. The response is generated using the data segment token corresponding to the requested data segment.

In one embodiment, the read request response module includes a transmit data segment token module that transmits in the response a message to the requesting device. The message includes at least the data segment identifier and the data segment length. The message is substantially free from data of the data segment. In another embodiment, the apparatus includes a reconstitute data segment module at the storage device that reconstitutes data of the data segment using the data segment token, and the read request response module includes a transmit data segment token module that transmits the reconstituted, requested data segment.

In another embodiment, the storage request includes a request to read the data segment and the apparatus includes a reconstitute data segment module residing at the requesting device that reconstitutes data of the data segment using the data segment token. The read request response module includes a transmit data segment token module that transmits a message that includes at least the data segment identifier and the data segment length to the requesting device prior to the reconstitute data segment module recreating requested data segment from the message.

**4**

A system of the present invention is also presented for managing data. The system includes a storage device, a storage controller that controls the storage device, a write request receiver module, and a data segment token storage module. The write request receiver module receives a storage request from a requesting device. The storage request includes a request to store a data segment in the storage device. The data segment includes a series of repeated, identical characters or a series of repeated, identical character strings. The data segment token storage module stores a data segment token in the storage device. The data segment token includes at least data segment identifier and a data segment length. The data segment token is substantially free of data from the data segment.

In one embodiment, the system may include a driver residing at the requesting device. The driver includes at least a portion of one or more of the write request receiver module, the data segment token storage module, the read request receiver module, the read data segment token module, and the read request response module. The system may also include the modules and embodiments described above with regard to the apparatus.

A method of the present invention is also presented for managing data. The method in the disclosed embodiments substantially includes the steps necessary to carry out the functions presented above with respect to the operation of the described apparatus and system. In one embodiment, the method includes receiving a storage request from a requesting device. The storage request includes a request to store a data segment in a storage device. The data segment includes a series of repeated, identical characters or a series of repeated, identical character strings. The method also includes storing a data segment token in the storage device. The data segment token includes a data segment identifier and a data segment length. The data segment token is substantially free of data from the data segment.

In one embodiment, the storage request includes a token directive to store the data segment token where the storage request is free from data of the data segment. In another embodiment, the storage request includes data from the data segment and the method includes generating a token directive to create the data segment token from the data segment. The token directive is created in response to the storage request to store the data segment.

Reference throughout this specification to features, advantages, or similar language does not imply that all of the features and advantages that may be realized with the present invention should be or are in any single embodiment of the invention. Rather, language referring to the features and advantages is understood to mean that a specific feature, advantage, or characteristic described in connection with an embodiment is included in at least one embodiment of the present invention. Thus, discussion of the features and advantages, and similar language, throughout this specification may, but do not necessarily, refer to the same embodiment.

Furthermore, the described features, advantages, and characteristics of the invention may be combined in any suitable manner in one or more embodiments. One skilled in the relevant art will recognize that the invention may be practiced without one or more of the specific features or advantages of a particular embodiment. In other instances, additional features and advantages may be recognized in certain embodiments that may not be present in all embodiments of the invention.

These features and advantages of the present invention will become more fully apparent from the following description

US 8,762,658 B2

**5**

and appended claims, or may be learned by the practice of the invention as set forth hereinafter.

BRIEF DESCRIPTION OF THE DRAWINGS

In order that the advantages of the invention will be readily understood, a more particular description of the invention briefly described above will be rendered by reference to specific embodiments that are illustrated in the appended drawings. Understanding that these drawings depict only typical embodiments of the invention and are not therefore to be considered to be limiting of its scope, the invention will be described and explained with additional specificity and detail through the use of the accompanying drawings, in which:

FIG. **1A** is a schematic block diagram illustrating one embodiment of a system for data management in a solid-state storage device in accordance with the present invention;

FIG. **1B** is a schematic block diagram illustrating one embodiment of a system for object management in a storage device in accordance with the present invention;

FIG. **2A** is a schematic block diagram illustrating one embodiment of an apparatus for object management in a storage device in accordance with the present invention;

FIG. **2B** is a schematic block diagram illustrating one embodiment of a solid-state storage device controller in a solid-state storage device in accordance with the present invention;

FIG. **3** is a schematic block diagram illustrating one embodiment of a solid-state storage controller with a write data pipeline and a read data pipeline in a solid-state storage device in accordance with the present invention;

FIG. **4A** is a schematic block diagram illustrating one embodiment of a bank interleave controller in the solid-state storage controller in accordance with the present invention;

FIG. **4B** is a schematic block diagram illustrating an alternate embodiment of a bank interleave controller in the solid-state storage controller in accordance with the present invention;

FIG. **5** is a schematic flow chart diagram illustrating one embodiment of a method for managing data in a solid-state storage device using a data pipeline in accordance with the present invention;

FIG. **6** is a schematic flow chart diagram illustrating another embodiment of a method for managing data in a solid-state storage device using a data pipeline in accordance with the present invention;

FIG. **7** is a schematic flow chart diagram illustrating an embodiment of a method for managing data in a solid-state storage device using a bank interleave in accordance with the present invention;

FIG. **8** is a schematic block diagram illustrating one embodiment of an apparatus for garbage collection in a solid-state storage device in accordance with the present invention;

FIG. **9** is a schematic flow chart diagram illustrating one embodiment of a method for garbage collection in a solid state storage device in accordance with the present invention;

FIG. **10** is a schematic block diagram illustrating one embodiment of a system with an apparatus for generating a token directive in accordance with the present invention;

FIG. **11** is a schematic flow chart diagram illustrating an embodiment of a method for generating and transmitting a token directive in accordance with the present invention;

FIG. **12** is a schematic flow chart diagram illustrating an embodiment of a method for reading a data segment token in accordance with the present invention;

**6**

FIG. **13** is a schematic block diagram illustrating one embodiment of a system with an apparatus for managing a data segment token in accordance with the present invention;

FIG. **14** is a schematic flow chart diagram illustrating an embodiment of a method for storing a data segment token in accordance with the present invention; and

FIG. **15** is a schematic flow chart diagram illustrating an embodiment of a method for reading a data segment token in accordance with the present invention.

DETAILED DESCRIPTION OF THE INVENTION

Many of the functional units described in this specification have been labeled as modules, in order to more particularly emphasize their implementation independence. For example, a module may be implemented as a hardware circuit comprising custom VLSI circuits or gate arrays, off-the-shelf semiconductors such as logic chips, transistors, or other discrete components. A module may also be implemented in programmable hardware devices such as field programmable gate arrays, programmable array logic, programmable logic devices or the like.

Modules may also be implemented in software for execution by various types of processors. An identified module of executable code may, for instance, comprise one or more physical or logical blocks of computer instructions which may, for instance, be organized as an object, procedure, or function. Nevertheless, the executables of an identified module need not be physically located together, but may comprise disparate instructions stored in different locations which, when joined logically together, comprise the module and achieve the stated purpose for the module.

Indeed, a module of executable code may be a single instruction, or many instructions, and may even be distributed over several different code segments, among different programs, and across several memory devices. Similarly, operational data may be identified and illustrated herein within modules, and may be embodied in any suitable form and organized within any suitable type of data structure. The operational data may be collected as a single data set, or may be distributed over different locations including over different storage devices, and may exist, at least partially, merely as electronic signals on a system or network. Where a module or portions of a module are implemented in software, the software portions are stored on one or more computer readable media.

Reference throughout this specification to "one embodiment," "an embodiment," or similar language means that a particular feature, structure, or characteristic described in connection with the embodiment is included in at least one embodiment of the present invention. Thus, appearances of the phrases "in one embodiment," "in an embodiment," and similar language throughout this specification may, but do not necessarily, all refer to the same embodiment.

Reference to a signal bearing medium may take any form capable of generating a signal, causing a signal to be generated, or causing execution of a program of machine-readable instructions on a digital processing apparatus. A signal bearing medium may be embodied by a transmission line, a compact disk, digital-video disk, a magnetic tape, a Bernoulli drive, a magnetic disk, a punch card, flash memory, integrated circuits, or other digital processing apparatus memory device.

Furthermore, the described features, structures, or characteristics of the invention may be combined in any suitable manner in one or more embodiments. In the following description, numerous specific details are provided, such as examples of programming, software modules, user selec-

7

tions, network transactions, database queries, database structures, hardware modules, hardware circuits, hardware chips, etc., to provide a thorough understanding of embodiments of the invention. One skilled in the relevant art will recognize, however, that the invention may be practiced without one or more of the specific details, or with other methods, components, materials, and so forth. In other instances, well-known structures, materials, or operations are not shown or described in detail to avoid obscuring aspects of the invention.

The schematic flow chart diagrams included herein are generally set forth as logical flow chart diagrams. As such, the depicted order and labeled steps are indicative of one embodiment of the presented method. Other steps and methods may be conceived that are equivalent in function, logic, or effect to one or more steps, or portions thereof, of the illustrated method. Additionally, the format and symbols employed are understood not to limit the scope of the method. Although various arrow types and line types may be employed in the flow chart diagrams, they are understood not to limit the scope of the corresponding method. Indeed, some arrows or other connectors may be used to indicate only the logical flow of the method. For instance, an arrow may indicate a waiting or monitoring period of unspecified duration between enumerated steps of the depicted method. Additionally, the order in which a particular method occurs may or may not strictly adhere to the order of the corresponding steps shown.

Solid-State Storage System

FIG. 1A is a schematic block diagram illustrating one embodiment of a system 100 for data management in a solid-state storage device in accordance with the present invention. The system 100 includes a solid-state storage device 102, a solid-state storage controller 104, a write data pipeline 106, a read data pipeline 108, a solid-state storage 110, a computer 112, a client 114, and a computer network 116, which are described below.

The system 100 includes at least one solid-state storage device 102. In another embodiment, the system 100 includes two or more solid-state storage devices 102. Each solid-state storage device 102 may include non-volatile, solid-state storage 110, such as flash memory, nano random access memory ("nano RAM or NRAM"), magneto-resistive RAM ("MRAM"), dynamic RAM ("DRAM"), phase change RAM ("PRAM"), etc. The solid-state storage device 102 is described in more detail with respect to FIGS. 2 and 3. The solid-state storage device 102 is depicted in a computer 112 connected to a client 114 through a computer network 116. In one embodiment, the solid-state storage device 102 is internal to the computer 112 and is connected using a system bus, such as a peripheral component interconnect express ("PCI-e") bus, a Serial Advanced Technology Attachment ("serial ATA") bus, or the like. In another embodiment, the solid-state storage device 102 is external to the computer 112 and is connected, a universal serial bus ("USB") connection, an Institute of Electrical and Electronics Engineers ("IEEE") 1394 bus ("FireWire"), or the like. In other embodiments, the solid-state storage device 102 is connected to the computer 112 using a peripheral component interconnect ("PCI") express bus using external electrical or optical bus extension or bus networking solution such as Infiniband or PCI Express Advanced Switching ("PCIe-AS"), or the like.

In various embodiments, the solid-state storage device 102 may be in the form of a dual-inline memory module ("DIMM"), a daughter card, or a micro-module. In another embodiment, the solid-state storage device 102 is an element within a rack-mounted blade. In another embodiment, the solid state storage device 102 is contained within a package

8

that is integrated directly onto a higher level assembly (e.g. mother board, lap top, graphics processor). In another embodiment, individual components comprising the solid-state storage device 102 are integrated directly onto a higher level assembly without intermediate packaging.

The solid-state storage device 102 includes one or more solid-state storage controllers 104, each may include a write data pipeline 106 and a read data pipeline 108 and each includes a solid-state storage 110, which are described in more detail below with respect to FIGS. 2 and 3.

The system 100 includes one or more computers 112 connected to the solid-state storage device 102. A computer 112 may be a host, a server, a storage controller of a storage area network ("SAN"), a workstation, a personal computer, a laptop computer, a handheld computer, a supercomputer, a computer cluster, a network switch, router, or appliance, a database or storage appliance, a data acquisition or data capture system, a diagnostic system, a test system, a robot, a portable electronic device, a wireless device, or the like. In another embodiment, a computer 112 may be a client and the solid-state storage device 102 operates autonomously to service data requests sent from the computer 112. In this embodiment, the computer 112 and solid-state storage device 102 may be connected using a computer network, system bus, or other communication means suitable for connection between a computer 112 and an autonomous solid-state storage device 102.

In one embodiment, the system 100 includes one or more clients 114 connected to one or more computer 112 through one or more computer networks 116. A client 114 may be a host, a server, a storage controller of a SAN, a workstation, a personal computer, a laptop computer, a handheld computer, a supercomputer, a computer cluster, a network switch, router, or appliance, a database or storage appliance, a data acquisition or data capture system, a diagnostic system, a test system, a robot, a portable electronic device, a wireless device, or the like. The computer network 116 may include the Internet, a wide area network ("WAN"), a metropolitan area network ("MAN"), a local area network ("LAN"), a token ring, a wireless network, a fiber channel network, a SAN, network attached storage ("NAS"), ESCON, or the like, or any combination of networks. The computer network 116 may also include a network from the IEEE 802 family of network technologies, such Ethernet, token ring, WiFi, WiMax, and the like.

The computer network 116 may include servers, switches, routers, cabling, radios, and other equipment used to facilitate networking computers 112 and clients 114. In one embodiment, the system 100 includes multiple computers 112 that communicate as peers over a computer network 116. In another embodiment, the system 100 includes multiple solid-state storage devices 102 that communicate as peers over a computer network 116. One of skill in the art will recognize other computer networks 116 comprising one or more computer networks 116 and related equipment with single or redundant connection between one or more clients 114 or other computer with one or more solid-state storage devices 102 or one or more solid-state storage devices 102 connected to one or more computers 112. In one embodiment, the system 100 includes two or more solid-state storage devices 102 connected through the computer network 116 to a client 114 without a computer 112.

Storage Controller-Managed Objects

FIG. 1B is a schematic block diagram illustrating one embodiment of a system 101 for object management in a storage device in accordance with the present invention. The system 101 includes one or more storage device 150, each

**9**

with a storage controller **152** and one or more data storage devices **154**, and one or more requesting devices **155**. The storage devices **150** are networked together and coupled to one or more requesting devices **155**. The requesting device **155** sends object requests to a storage device **150***a*. An object request may be a request to create an object, a request to write data to an object, a request to read data from an object, a request to delete an object, a request to checkpoint an object, a request to copy an object, and the like. One of skill in the art will recognize other object requests.

In one embodiment, the storage controller **152** and data storage device **154** are separate devices. In another embodiment, the storage controller **152** and data storage device **154** are integrated into one storage device **150**. In another embodiment, a data storage device **154** is a solid-state storage **110** and the storage controller **152** is a solid-state storage device controller **202**. In other embodiments, a data storage device **154** may be a hard disk drive, an optical drive, tape storage, or the like. In another embodiment, a storage device **150** may include two or more data storage devices **154** of different types.

In one embodiment, the data storage device **154** is a solid-state storage **110** and is arranged as an array of solid-state storage elements **216**, **218**, **220**. In another embodiment, the solid-state storage **110** is arranged in two or more banks **214***a-n*. Solid-state storage **110** is described in more detail below with respect to FIG. 2B.

The storage devices **150***a-n* may be networked together and act as a distributed storage device. The storage device **150***a* coupled to the requesting device **155** controls object requests to the distributed storage device. In one embodiment, the storage devices **150** and associated storage controllers **152** manage objects and appear to the requesting device(s) **155** as a distributed object file system. In this context, a parallel object file system is an example of a type of distributed object file system. In another embodiment, the storage devices **150** and associated storage controllers **152** manage objects and appear to the requesting device **155**(*s*) as a distributed object file servers. In this context, a parallel object file server is an example of a type of distributed object file server. In these and other embodiments the requesting device **155** may exclusively manage objects or participate in managing objects in conjunction with storage devices **150**; this typically does not limit the ability of storage devices **150** to fully manage objects for other clients **114**. In the degenerate case, each distributed storage device, distributed object file system and distributed object file server can operate independently as a single device. The networked storage devices **150***a-n* may operate as distributed storage devices, distributed object file systems, distributed object file servers, and any combination thereof having images of one or more of these capabilities configured for one or more requesting devices **155**. For example, the storage devices **150** may be configured to operate as distributed storage devices for a first requesting device **155***a*, while operating as distributed storage devices and distributed object file systems for requesting devices **155***b*. Where the system **101** includes one storage device **150***a*, the storage controller **152***a* of the storage device **150***a* manages objects may appear to the requesting device(s) **155** as an object file system or an object file server.

In one embodiment where the storage devices **150** are networked together as a distributed storage device, the storage devices **150** serve as a redundant array of independent drives ("RAID") managed by one or more distributed storage controllers **152**. For example, a request to write a data segment of an object results in the data segment being stripped across the data storage devices **154***a-n* with a parity stripe,

**10**

depending upon the RAID level. One benefit of such an arrangement is that such an object management system may continue to be available when a single storage device **150** has a failure, whether of the storage controller **152**, the data storage device **154**, or other components of storage device **150**.

When redundant networks are used to interconnect the storage devices **150** and requesting devices **155**, the object management system may continue to be available in the presence of network failures as long as one of the networks remains operational. A system **101** with a single storage device **150***a* may also include multiple data storage devices **154***a* and the storage controller **152***a* of the storage device **150***a* may act as a RAID controller and stripe the data segment across the data storage devices **154***a* of the storage device **150***a* and may include a parity stripe, depending upon the RAID level.

In one embodiment, where the one or more storage devices **150***a-n* are solid-state storage devices **102** with a solid-state storage device controller **202** and solid-state storage **110**, the solid-state storage device(s) **102** may be configured in a DIMM configuration, daughter card, micro-module, etc. and reside in a computer **112**. The computer **112** may be a server or similar device with the solid-state storage devices **102** networked together and acting as distributed RAID controllers. Beneficially, the storage devices **102** may be connected using PCI-e, PCIe-AS, Infiniband or other high-performance bus, switched bus, networked bus, or network and may provide a very compact, high performance RAID storage system with single or distributed solid-state storage controllers **202** autonomously striping a data segment across solid-state storage **110***a-n*.

In one embodiment, the same network used by the requesting device **155** to communicate with storage devices **150** may be used by the peer storage device **150***a* to communicate with peer storage devices **150***b-n* to accomplish RAID functionality. In another embodiment, a separate network may be used between the storage devices **150** for the purpose of RAIDing. In another embodiment, the requesting devices **155** may participate in the RAIDing process by sending redundant requests to the storage devices **150**. For example, requesting device **155** may send a first object write request to a first storage device **150***a* and a second object write request with the same data segment to a second storage device **150***b* to achieve simple mirroring.

With the ability for object handling within the storage device(s) **102**, the storage controller(s) **152** uniquely have the ability to store one data segment or object using one RAID level while another data segment or object is stored using a different RAID level or without RAID striping. These multiple RAID groupings may be associated with multiple partitions within the storage devices **150**. RAID 0, RAID 1, RAID5, RAID6 and composite RAID types 10, 50, 60, can be supported simultaneously across a variety of RAID groups comprising data storage devices **154***a-n*. One skilled in the art will recognize other RAID types and configurations that may also be simultaneously supported.

Also, because the storage controller(s) **152** operate autonomously as RAID controllers, the RAID controllers can perform progressive RAIDing and can transform objects or portions of objects striped across data storage devices **154** with one RAID level to another RAID level without the requesting device **155** being affected, participating or even detecting the change in RAID levels. In the preferred embodiment, progressing the RAID configuration from one level to another level may be accomplished autonomously on an object or even a packet bases and is initiated by a distributed RAID

US 8,762,658 B2

**11**

control module operating in one of the storage devices **150** or the storage controllers **152**. Typically, RAID progression will be from a higher performance and lower efficiency storage configuration such as RAID1 to a lower performance and higher storage efficiency configuration such as RAID5 where the transformation is dynamically initiated based on the frequency of access. But, one can see that progressing the configuration from RAID5 to RAID1 is also possible. Other processes for initiating RAID progression may be configured or requested from clients or external agents such a storage system management server request. One of skill in the art will recognize other features and benefits of a storage device **102** with a storage controller **152** that autonomously manages objects.

Apparatus for Storage Controller-Managed Objects

FIG. **2**A is a schematic block diagram illustrating one embodiment of an apparatus **200** for object management in a storage device in accordance with the present invention. The apparatus **200** includes a storage controller **152** with an object request receiver module **260**, a parsing module **262**, a command execution module **264**, an object index module **266**, an object request queuing module **268**, a packetizer **302** with a messages module **270**, and an object index reconstruction module **272**, which are described below.

The storage controller **152** is substantially similar to the storage controller **152** described in relation to the system **101** of FIG. **1**B and may be a solid-state storage device controller **202** described in relation to FIG. **2**. The apparatus **200** includes an object request receiver module **260** that receives an object request from one or more requesting devices **155**. For example, for a store object data request, the storage controller **152** stores the data segment as a data packet in a data storage device **154** coupled to the storage controller **152**. The object request is typically directed at a data segment stored or to be stored in one or more object data packets for an object managed by the storage controller **152**. The object request may request that the storage controller **152** create an object to be later filled with data through later object request which may utilize a local or remote direct memory access ("DMA," "RDMA") transfer.

In one embodiment, the object request is a write request to write all or part of an object to a previously created object. In one example, the write request is for a data segment of an object. The other data segments of the object may be written to the storage device **150** or to other storage devices. In another example, the write request is for an entire object. In another example, the object request is to read data from a data segment managed by the storage controller **152**. In yet another embodiment, the object request is a delete request to delete a data segment or object.

Advantageously, the storage controller **152** can accept write requests that do more than write a new object or append data to an existing object. For example, a write request received by the object request receiver module **260** may include a request to add data ahead of data stored by the storage controller **152**, to insert data into the stored data, or to replace a segment of data. The object index maintained by the storage controller **152** provides the flexibility required for these complex write operations that is not available in other storage controllers, but is currently available only outside of storage controllers in file systems of servers and other computers.

The apparatus **200** includes a parsing module **262** that parses the object request into one or more commands. Typically, the parsing module **262** parses the object request into one or more buffers. For example, one or more commands in the object request may be parsed into a command buffer.

**12**

Typically the parsing module **262** prepares an object request so that the information in the object request can be understood and executed by the storage controller **152**. One of skill in the art will recognize other functions of a parsing module **262** that parses an object request into one or more commands.

The apparatus **200** includes a command execution module **264** that executes the command(s) parsed from the object request. In one embodiment, the command execution module **264** executes one command. In another embodiment, the command execution module **264** executes multiple commands. Typically, the command execution module **264** interprets a command parsed from the object request, such as a write command, and then creates, queues, and executes subcommands. For example, a write command parsed from an object request may direct the storage controller **152** to store multiple data segments. The object request may also include required attributes such as encryption, compression, etc. The command execution module **264** may direct the storage controller **152** to compress the data segments, encrypt the data segments, create one or more data packets and associated headers for each data packet, encrypt the data packets with a media encryption key, add error correcting code, and store the data packets a specific location. Storing the data packets at a specific location and other subcommands may also be broken down into other lower level subcommands. One of skill in the art will recognize other ways that the command execution module **264** can execute one or more commands parsed from an object request.

The apparatus **200** includes an object index module **266** that creates an object entry in an object index in response to the storage controller **152** creating an object or storing the data segment of the object. Typically, the storage controller **152** creates a data packet from the data segment and the location of where the data packet is stored is assigned at the time the data segment is stored. Object metadata received with a data segment or as part of an object request may be stored in a similar way.

The object index module **266** creates an object entry into an object index at the time the data packet is stored and the physical address of the data packet is assigned. The object entry includes a mapping between a logical identifier of the object and one or more physical addresses corresponding to where the storage controller **152** stored one or more data packets and any object metadata packets. In another embodiment, the entry in the object index is created before the data packets of the object are stored. For example, if the storage controller **152** determines a physical address of where the data packets are to be stored earlier, the object index module **266** may create the entry in the object index earlier.

Typically, when an object request or group of object requests results in an object or data segment being modified, possibly during a read-modify-write operation, the object index module **266** updates an entry in the object index corresponding the modified object. In one embodiment, the object index creates a new object and a new entry in the object index for the modified object. Typically, where only a portion of an object is modified, the object includes modified data packets and some data packets that remain unchanged. In this case, the new entry includes a mapping to the unchanged data packets as where they were originally written and to the modified objects written to a new location.

In another embodiment, where the object request receiver module **260** receives an object request that includes a command that erases a data block or other object elements, the storage controller **152** may store at least one packet such as an erase packet that includes information including a reference to the object, relationship to the object, and the size of the data

**13**

block erased. Additionally, it may further indicate that the erased object elements are filled with zeros. Thus, the erase object request can be used to emulate actual memory or storage that is erased and actually has a portion of the appropriate memory/storage actually stored with zeros in the cells of the memory/storage.

Beneficially, creating an object index with entries indicating mapping between data segments and metadata of an object allows the storage controller **152** to autonomously handle and manage objects. This capability allows a great amount of flexibility for storing data in the storage device **150**. Once the index entry for the object is created, subsequent object requests regarding the object can be serviced efficiently by the storage controller **152**.

In one embodiment, the storage controller **152** includes an object request queuing module **268** that queues one or more object requests received by the object request receiver module **260** prior to parsing by the parsing module **262**. The object request queuing module **268** allows flexibility between when an object request is received and when it is executed.

In another embodiment, the storage controller **152** includes a packetizer **302** that creates one or more data packets from the one or more data segments where the data packets are sized for storage in the data storage device **154**. The packetizer **302** is described below in more detail with respect to FIG. **3**. The packetizer **302** includes, in one embodiment, a messages module **270** that creates a header for each packet. The header includes a packet identifier and a packet length. The packet identifier relates the packet to the object for which the packet was formed.

In one embodiment, each packet includes a packet identifier that is self-contained in that the packet identifier contains adequate information to identify the object and relationship within the object of the object elements contained within the packet. However, a more efficient preferred embodiment is to store packets in containers.

A container is a data construct that facilitates more efficient storage of packets and helps establish relationships between an object and data packets, metadata packets, and other packets related to the object that are stored within the container. Note that the storage controller **152** typically treats object metadata received as part of an object and data segments in a similar manner. Typically "packet" may refer to a data packet comprising data, a metadata packet comprising metadata, or another packet of another packet type. An object may be stored in one or more containers and a container typically includes packets for no more than one unique object. An object may be distributed between multiple containers. Typically a container is stored within a single logical erase block (storage division) and is typically never split between logical erase blocks.

A container, in one example, may be split between two or more logical/virtual pages. A container is identified by a container label that associates that container with an object. A container may contain zero to many packets and the packets within a container are typically from one object. A packet may be of many object element types, including object attribute elements, object data elements, object index elements, and the like. Hybrid packets may be created that include more than one object element type. Each packet may contain zero to many elements of the same element type. Each packet within a container typically contains a unique identifier that identifies the relationship to the object.

Each packet is associated with one container. In a preferred embodiment, containers are limited to an erase block so that at or near the beginning of each erase block a container packet can be found. This helps limit data loss to an erase block with

**14**

a corrupted packet header. In this embodiment, if the object index is unavailable and a packet header within the erase block is corrupted, the contents from the corrupted packet header to the end of the erase block may be lost because there is possibly no reliable mechanism to determine the location of subsequent packets. In another embodiment, a more reliable approach is to have a container limited to a page boundary. This embodiment requires more header overhead. In another embodiment, containers can flow across page and erase block boundaries. This requires less header overhead but a larger portion of data may be lost if a packet header is corrupted. For these several embodiments it is expected that some type of RAID is used to further ensure data integrity.

In one embodiment, the apparatus **200** includes an object index reconstruction module **272** that reconstructs the entries in the object index using information from packet headers stored in the data storage device **154**. In one embodiment, the object index reconstruction module **272** reconstructs the entries of the object index by reading headers to determine the object to which each packet belongs and sequence information to determine where in the object the data or metadata belongs. The object index reconstruction module **272** uses physical address information for each packet and timestamp or sequence information to create a mapping between the physical locations of the packets and the object identifier and data segment sequence. Timestamp or sequence information is used by the object index reconstruction module **272** to replay the sequence of changes made to the index and thereby typically reestablish the most recent state.

In another embodiment, the object index reconstruction module **272** locates packets using packet header information along with container packet information to identify physical locations of the packets, object identifier, and sequence number of each packet to reconstruct entries in the object index. In one embodiment, erase blocks are time stamped or given a sequence number as packets are written and the timestamp or sequence information of an erase block is used along with information gathered from container headers and packet headers to reconstruct the object index. In another embodiment, timestamp or sequence information is written to an erase block when the erase block is recovered.

Where the object index is stored in volatile memory, an error, loss of power, or other problem causing the storage controller **152** to shut down without saving the object index could be a problem if the object index cannot be reconstructed. The object index reconstruction module **272** allows the object index to be stored in volatile memory allowing the advantages of volatile memory, such as fast access. The object index reconstruction module **272** allows quick reconstruction of the object index autonomously without dependence on a device external to the storage device **150**.

In one embodiment, the object index in volatile memory is stored periodically in a data storage device **154**. In a particular example, the object index, or "index metadata," is stored periodically in a solid-state storage **110**. In another embodiment, the index metadata is stored in a solid-state storage **110n** separate from solid-state storage **110a-110n-1** storing packets. The index metadata is managed independently from data and object metadata transmitted from a requesting device **155** and managed by the storage controller **152**/solid-state storage device controller **202**. Managing and storing index metadata separate from other data and metadata from an object allows efficient data flow without the storage controller **152**/solid-state storage device controller **202** unnecessarily processing object metadata.

In one embodiment, where an object request received by the object request receiver module **260** includes a write

**15**

request, the storage controller **152** receives one or more data segments of an object from memory of a requesting device **155** as a local or remote direct memory access ("DMA," "RDMA") operation. In a preferred example, the storage controller **152** pulls data from the memory of the requesting device **155** in one or more DMA or RDMA operations. In another example, the requesting device **155** pushes the data segment(s) to the storage controller **152** in one or more DMA or RDMA operations. In another embodiment, where the object request includes a read request, the storage controller **152** transmits one or more data segments of an object to the memory of the requesting device **155** in one or more DMA or RDMA operations. In a preferred example, the storage controller **152** pushes data to the memory of the requesting device **155** in one or more DMA or RDMA operations. In another example, the requesting device **155** pulls data from the storage controller **152** in one or more DMA or RDMA operations. In another example, the storage controller **152** pulls object command request sets from the memory of the requesting device **155** in one or more DMA or RDMA operations. In another example, the requesting device **155** pushes object command request sets to the storage controller **152** in one or more DMA or RDMA operations.

In one embodiment, the storage controller **152** emulates block storage and an object communicated between the requesting device **155** and the storage controller **152** comprises one or more data blocks. In one embodiment, the requesting device **155** includes a driver so that the storage device **150** appears as a block storage device. For example, the requesting device **155** may send a block of data of a certain size along with a physical address of where the requesting device **155** wants the data block stored. The storage controller **152** receives the data block and uses the physical block address transmitted with the data block or a transformation of the physical block address as an object identifier. The storage controller **152** then stores the data block as an object or data segment of an object by packetizing the data block and storing the data block at will. The object index module **266** then creates an entry in the object index using the physical block-based object identifier and the actual physical location where the storage controller **152** stored the data packets comprising the data from the data block.

In another embodiment, the storage controller **152** emulates block storage by accepting block objects. A block object may include one or more data blocks in a block structure. In one embodiment, the storage controller **152** treats the block object as any other object. In another embodiment, an object may represent an entire block device, partition of a block device, or some other logical or physical sub-element of a block device including a track, sector, channel, and the like. Of particular note is the ability to remap a block device RAID group to an object supporting a different RAID construction such as progressive RAID. One skilled in the art will recognize other mappings of traditional or future block devices to objects.

Solid-State Storage Device

FIG. 2B is a schematic block diagram illustrating one embodiment **201** of a solid-state storage device controller **202** that includes a write data pipeline **106** and a read data pipeline **108** in a solid-state storage device **102** in accordance with the present invention. The solid-state storage device controller **202** may include a number of solid-state storage controllers **0**-N **104***a-n*, each controlling solid-state storage **110**. In the depicted embodiment, two solid-state controllers are shown: solid-state controller **0** **104***a* and solid-state storage controller N **104***n*, and each controls solid-state storage **110***a-n*. In the depicted embodiment, solid-state storage controller **0** **104***a*

**16**

controls a data channel so that the attached solid-state storage **110***a* stores data. Solid-state storage controller N **104***n* controls an index metadata channel associated with the stored data and the associated solid-state storage **110***n* stores index metadata. In an alternate embodiment, the solid-state storage device controller **202** includes a single solid-state controller **104***a* with a single solid-state storage **110***a*. In another embodiment, there are a plurality of solid-state storage controllers **104***a-n* and associated solid-state storage **110***a-n*. In one embodiment, one or more solid state controllers **104***a*-**104***n*-**1**, coupled to their associated solid-state storage **110***a*-**110***n*-**1**, control data while at least one solid-state storage controller **104***n*, coupled to its associated solid-state storage **110***n*, controls index metadata.

In one embodiment, at least one solid-state controller **104** is field-programmable gate array ("FPGA") and controller functions are programmed into the FPGA. In a particular embodiment, the FPGA is a Xilinx® FPGA. In another embodiment, the solid-state storage controller **104** comprises components specifically designed as a solid-state storage controller **104**, such as an application-specific integrated circuit ("ASIC") or custom logic solution. Each solid-state storage controller **104** typically includes a write data pipeline **106** and a read data pipeline **108**, which are describe further in relation to FIG. **3**. In another embodiment, at least one solid-state storage controller **104** is made up of a combination FPGA, ASIC, and custom logic components.

Solid-State Storage

The solid state storage **110** is an array of non-volatile solid-state storage elements **216**, **218**, **220**, arranged in banks **214**, and accessed in parallel through a bi-directional storage input/output ("I/O") bus **210**. The storage I/O bus **210**, in one embodiment, is capable of unidirectional communication at any one time. For example, when data is being written to the solid-state storage **110**, data cannot be read from the solid-state storage **110**. In another embodiment, data can flow both directions simultaneously. However bi-directional, as used herein with respect to a data bus, refers to a data pathway that can have data flowing in only one direction at a time, but when data flowing one direction on the bi-directional data bus is stopped, data can flow in the opposite direction on the bi-directional data bus.

A solid-state storage element (e.g. SSS **0.0 216***a*) is typically configured as a chip (a package of one or more dies) or a die on a circuit board. As depicted, a solid-state storage element (e.g. **216***a*) operates independently or semi-independently of other solid-state storage elements (e.g. **218***a*) even if these several elements are packaged together in a chip package, a stack of chip packages, or some other package element. As depicted, a column of solid-state storage elements **216**, **218**, **220** is designated as a bank **214**. As depicted, there may be "n" banks **214***a-n* and "m" solid-state storage elements **216***a-m*, **218***a-m*, **220***a-m* per bank in an array of n×m solid-state storage elements **216**, **218**, **220** in a solid-state storage **110**. In one embodiment, a solid-state storage **110***a* includes twenty solid-state storage elements **216**, **218**, **220** per bank **214** with eight banks **214** and a solid-state storage **110***n* includes 2 solid-state storage elements **216**, **218** per bank **214** with one bank **214**. In one embodiment, each solid-state storage element **216**, **218**, **220** is comprised of a single-level cell ("SLC") devices. In another embodiment, each solid-state storage element **216**, **218**, **220** is comprised of multi-level cell ("MLC") devices.

In one embodiment, solid-state storage elements for multiple banks that share a common storage I/O bus **210***a* row (e.g. **216***b*, **218***b*, **220***b*) are packaged together. In one embodiment, a solid-state storage element **216**, **218**, **220** may

US 8,762,658 B2

17
18

have one or more dies per chip with one or more chips stacked vertically and each die may be accessed independently. In another embodiment, a solid-state storage element (e.g. SSS **0.0 216***a*) may have one or more virtual dies per die and one or more dies per chip and one or more chips stacked vertically and each virtual die may be accessed independently. In another embodiment, a solid-state storage element SSS **0.0 216***a* may have one or more virtual dies per die and one or more dies per chip with some or all of the one or more dies stacked vertically and each virtual die may be accessed independently.

In one embodiment, two dies are stacked vertically with four stacks per group to form eight storage elements (e.g. SSS **0.0**-SSS **0.8**) **216***a*-**220***a*, each in a separate bank **214***a*-*n*. In another embodiment, 20 storage elements (e.g. SSS **0.0**-SSS **20.0**) **216** form a virtual bank **214***a* so that each of the eight virtual banks has 20 storage elements (e.g. SSS**0.0**-SSS **20.8**) **216**, **218**, **220**. Data is sent to the solid-state storage **110** over the storage I/O bus **210** to all storage elements of a particular group of storage elements (SSS **0.0**-SSS **0.8**) **216***a*, **218***a*, **220***a*. The storage control bus **212***a* is used to select a particular bank (e.g. Bank-**0 214***a*) so that the data received over the storage I/O bus **210** connected to all banks **214** is written just to the selected bank **214***a*.

In a preferred embodiment, the storage I/O bus **210** is comprised of one or more independent I/O buses ("IIOBa-m" comprising **210***a*.*a*-*m*, **210***n*.*a*-*m*) wherein the solid-state storage elements within each row share one of the independent I/O buses accesses each solid-state storage element **216**, **218**, **220** in parallel so that all banks **214** are accessed simultaneously. For example, one channel of the storage I/O bus **210** may access a first solid-state storage element **216***a*, **218***a*, **220***a* of each bank **214***a*-*n* simultaneously. A second channel of the storage I/O bus **210** may access a second solid-state storage element **216***b*, **218***b*, **220***b* of each bank **214***a*-*n* simultaneously. Each row of solid-state storage element **216**, **218**, **220** is accessed simultaneously. In one embodiment, where solid-state storage elements **216**, **218**, **220** are multi-level (physically stacked), all physical levels of the solid-state storage elements **216**, **218**, **220** are accessed simultaneously. As used herein, "simultaneously" also includes near simultaneous access where devices are accessed at slightly different intervals to avoid switching noise. Simultaneously is used in this context to be distinguished from a sequential or serial access wherein commands and/or data are sent individually one after the other.

Typically, banks **214***a*-*n* are independently selected using the storage control bus **212**. In one embodiment, a bank **214** is selected using a chip enable or chip select. Where both chip select and chip enable are available, the storage control bus **212** may select one level of a multi-level solid-state storage element **216**, **218**, **220**. In other embodiments, other commands are used by the storage control bus **212** to individually select one level of a multi-level solid-state storage element **216**, **218**, **220**. Solid-state storage elements **216**, **218**, **220** may also be selected through a combination of control and of address information transmitted on storage I/O bus **210** and the storage control bus **212**.

In one embodiment, each solid-state storage element **216**, **218**, **220** is partitioned into erase blocks and each erase block is partitioned into pages. A typical page is 2000 bytes ("2 kB"). In one example, a solid-state storage element (e.g. SSS**0.0**) includes two registers and can program two pages so that a two-register solid-state storage element **216**, **218**, **220** has a capacity of 4 kB. A bank **214** of 20 solid-state storage

elements **216**, **218**, **220** would then have an 80 kB capacity of pages accessed with the same address going out the channels of the storage I/O bus **210**.

This group of pages in a bank **214** of solid-state storage elements **216**, **218**, **220** of 80 kB may be called a virtual page. Similarly, an erase block of each storage element **216***a*-*m* of a bank **214***a* may be grouped to form a virtual erase block. In a preferred embodiment, an erase block of pages within a solid-state storage element **216**, **218**, **220** is erased when an erase command is received within a solid-state storage element **216**, **218**, **220**. Whereas the size and number of erase blocks, pages, planes, or other logical and physical divisions within a solid-state storage element **216**, **218**, **220** are expected to change over time with advancements in technology, it is to be expected that many embodiments consistent with new configurations are possible and are consistent with the general description herein.

Typically, when a packet is written to a particular location within a solid-state storage element **216**, **218**, **220**, wherein the packet is intended to be written to a location within a particular page which is specific to a of a particular erase block of a particular element of a particular bank, a physical address is sent on the storage I/O bus **210** and followed by the packet. The physical address contains enough information for the solid-state storage element **216**, **218**, **220** to direct the packet to the designated location within the page. Since all storage elements in a row of storage elements (e.g. SSS **0.0**-SSS **0.N 216***a*, **218***a*, **220***a*) are accessed simultaneously by the appropriate bus within the storage I/O bus **210***a*.*a*, to reach the proper page and to avoid writing the data packet to similarly addressed pages in the row of storage elements (SSS **0.0**-SSS **0.N 216***a*, **218***a*, **220***a*), the bank **214***a* that includes the solid-state storage element SSS **0.0 216***a* with the correct page where the data packet is to be written is simultaneously selected by the storage control bus **212**.

Similarly, a read command traveling on the storage I/O bus **210** requires a simultaneous command on the storage control bus **212** to select a single bank **214***a* and the appropriate page within that bank **214***a*. In a preferred embodiment, a read command reads an entire page, and because there are multiple solid-state storage elements **216**, **218**, **220** in parallel in a bank **214**, an entire virtual page is read with a read command. However, the read command may be broken into subcommands, as will be explained below with respect to bank interleave. A virtual page may also be accessed in a write operation.

An erase block erase command may be sent out to erase an erase block over the storage I/O bus **210** with a particular erase block address to erase a particular erase block. Typically, an erase block erase command may be sent over the parallel paths of the storage I/O bus **210** to erase a virtual erase block, each with a particular erase block address to erase a particular erase block. Simultaneously a particular bank (e.g. bank-**0 214***a*) is selected over the storage control bus **212** to prevent erasure of similarly addressed erase blocks in all of the banks (banks **1**-N **214***b*-*n*). Other commands may also be sent to a particular location using a combination of the storage I/O bus **210** and the storage control bus **212**. One of skill in the art will recognize other ways to select a particular storage location using the bi-directional storage I/O bus **210** and the storage control bus **212**.

In one embodiment, packets are written sequentially to the solid-state storage **110**. For example, packets are streamed to the storage write buffers of a bank **214***a* of storage elements **216** and when the buffers are full, the packets are programmed to a designated virtual page. Packets then refill the storage write buffers and, when full, the packets are written to

US 8,762,658 B2

**19**

the next virtual page. The next virtual page may be in the same bank **214***a* or another bank (e.g. **214***b*). This process continues, virtual page after virtual page, typically until a virtual erase block is filled. In another embodiment, the streaming may continue across virtual erase block boundaries with the process continuing, virtual erase block after virtual erase block.

In a read, modify, write operation, data packets associated with the object are located and read in a read operation. Data segments of the modified object that have been modified are not written to the location from which they are read. Instead, the modified data segments are again converted to data packets and then written to the next available location in the virtual page currently being written. The object index entries for the respective data packets are modified to point to the packets that contain the modified data segments. The entry or entries in the object index for data packets associated with the same object that have not been modified will include pointers to original location of the unmodified data packets. Thus, if the original object is maintained, for example to maintain a previous version of the object, the original object will have pointers in the object index to all data packets as originally written. The new object will have pointers in the object index to some of the original data packets and pointers to the modified data packets in the virtual page that is currently being written.

In a copy operation, the object index includes an entry for the original object mapped to a number of packets stored in the solid-state storage **110**. When a copy is made, a new object is created and a new entry is created in the object index mapping the new object to the original packets. The new object is also written to the solid-state storage **110** with its location mapped to the new entry in the object index. The new object packets may be used to identify the packets within the original object that are referenced in case changes have been made in the original object that have not been propagated to the copy and the object index is lost or corrupted.

Beneficially, sequentially writing packets facilitates a more even use of the solid-state storage **110** and allows the solid-storage device controller **202** to monitor storage hot spots and level usage of the various virtual pages in the solid-state storage **110**. Sequentially writing packets also facilitates a powerful, efficient garbage collection system, which is described in detail below. One of skill in the art will recognize other benefits of sequential storage of data packets.

Solid-State Storage Device Controller

In various embodiments, the solid-state storage device controller **202** also includes a data bus **204**, a local bus **206**, a buffer controller **208**, buffers **0**-N **222***a-n*, a master controller **224**, a direct memory access ("DMA") controller **226**, a memory controller **228**, a dynamic memory array **230**, a static random memory array **232**, a management controller **234**, a management bus **236**, a bridge **238** to a system bus **240**, and miscellaneous logic **242**, which are described below. In other embodiments, the system bus **240** is coupled to one or more network interface cards ("NICs") **244**, some of which may include remote DMA ("RDMA") controllers **246**, one or more central processing unit ("CPU") **248**, one or more external memory controllers **250** and associated external memory arrays **252**, one or more storage controllers **254**, peer controllers **256**, and application specific processors **258**, which are described below. The components **244**-**258** connected to the system bus **240** may be located in the computer **112** or may be other devices.

Typically the solid-state storage controller(s) **104** communicate data to the solid-state storage **110** over a storage I/O bus **210**. In a typical embodiment where the solid-state storage is

**20**

arranged in banks **214** and each bank **214** includes multiple storage elements **216**, **218**, **220** accessed in parallel, the storage I/O bus **210** is an array of busses, one for each row of storage elements **216**, **218**, **220** spanning the banks **214**. As used herein, the term "storage I/O bus" may refer to one storage I/O bus **210** or an array of data independent busses **204**. In a preferred embodiment, each storage I/O bus **210** accessing a row of storage elements (e.g. **216***a*, **218***a*, **220***a*) may include a logical-to-physical mapping for storage divisions (e.g. erase blocks) accessed in a row of storage elements **216***a*, **218***a*, **220***a*. This mapping allows a logical address mapped to a physical address of a storage division to be remapped to a different storage division if the first storage division fails, partially fails, is inaccessible, or has some other problem. Remapping is explained further in relation to the remapping module **430** of FIGS. 4A and 4B.

Data may also be communicated to the solid-state storage controller(s) **104** from a requesting device **155** through the system bus **240**, bridge **238**, local bus **206**, buffer(s) **222**, and finally over a data bus **204**. The data bus **204** typically is connected to one or more buffers **222***a-n* controlled with a buffer controller **208**. The buffer controller **208** typically controls transfer of data from the local bus **206** to the buffers **222** and through the data bus **204** to the pipeline input buffer **306** and output buffer **330**. The buffer controller **208** typically controls how data arriving from a requesting device **155** can be temporarily stored in a buffer **222** and then transferred onto a data bus **204**, or vice versa, to account for different clock domains, to prevent data collisions, etc. The buffer controller **208** typically works in conjunction with the master controller **224** to coordinate data flow. As data arrives, the data will arrive on the system bus **240**, be transferred to the local bus **206** through a bridge **238**.

Typically the data is transferred from the local bus **206** to one or more data buffers **222** as directed by the master controller **224** and the buffer controller **208**. The data then flows out of the buffer(s) **222** to the data bus **204**, through a solid-state controller **104**, and on to the solid-state storage **110** such as NAND flash or other storage media. In a preferred embodiment, data and associated out-of-band metadata ("object metadata") arriving with the data is communicated using one or more data channels comprising one or more solid-state storage controllers **104***a-104n-1* and associated solid-state storage **110***a-110n-1* while at least one channel (solid-state storage controller **104***n*, solid-state storage **110***n*) is dedicated to in-band metadata, such as index information and other metadata generated internally to the solid-state storage device **102**.

The local bus **206** is typically a bidirectional bus or set of busses that allows for communication of data and commands between devices internal to the solid-state storage device controller **202** and between devices internal to the solid-state storage device **102** and devices **244**-**258** connected to the system bus **240**. The bridge **238** facilitates communication between the local bus **206** and system bus **240**. One of skill in the art will recognize other embodiments such as ring structures or switched star configurations and functions of buses **240**, **206**, **204**, **210** and bridges **238**.

The system bus **240** is typically a bus of a computer **112** or other device in which the solid-state storage device **102** is installed or connected. In one embodiment, the system bus **240** may be a PCI-e bus, a Serial Advanced Technology Attachment ("serial ATA") bus, parallel ATA, or the like. In another embodiment, the system bus **240** is an external bus such as small computer system interface ("SCSI"), FireWire, Fiber Channel, USB, PCIe-AS, or the like. The solid-state

**21**

storage device **102** may be packaged to fit internally to a device or as an externally connected device.

The solid-state storage device controller **202** includes a master controller **224** that controls higher-level functions within the solid-state storage device **102**. The master controller **224**, in various embodiments, controls data flow by interpreting object requests and other requests, directs creation of indexes to map object identifiers associated with data to physical locations of associated data, coordinating DMA requests, etc. Many of the functions described herein are controlled wholly or in part by the master controller **224**.

In one embodiment, the master controller **224** uses embedded controller(s). In another embodiment, the master controller **224** uses local memory such as a dynamic memory array **230** (dynamic random access memory "DRAM"), a static memory array **232** (static random access memory "SRAM"), etc. In one embodiment, the local memory is controlled using the master controller **224**. In another embodiment, the master controller **224** accesses the local memory via a memory controller **228**. In another embodiment, the master controller **224** runs a Linux server and may support various common server interfaces, such as the World Wide Web, hyper-text markup language ("HTML"), etc. In another embodiment, the master controller **224** uses a nano-processor. The master controller **224** may be constructed using programmable or standard logic, or any combination of controller types listed above. One skilled in the art will recognize many embodiments for the master controller **224**.

In one embodiment, where the storage controller **152**/ solid-state storage device controller **202** manages multiple data storage devices/solid-state storage **110***a-n*, the master controller **224** divides the work load among internal controllers, such as the solid-state storage controllers **104***a-n*. For example, the master controller **224** may divide an object to be written to the data storage devices (e.g. solid-state storage **110***a-n*) so that a portion of the object is stored on each of the attached data storage devices. This feature is a performance enhancement allowing quicker storage and access to an object. In one embodiment, the master controller **224** is implemented using an FPGA. In another embodiment, the firmware within the master controller **224** may be updated through the management bus **236**, the system bus **240** over a network connected to a NIC **244** or other device connected to the system bus **240**.

In one embodiment, the master controller **224**, which manages objects, emulates block storage such that a computer **112** or other device connected to the storage device/solid-state storage device **102** views the storage device/solid-state storage device **102** as a block storage device and sends data to specific physical addresses in the storage device/solid-state storage device **102**. The master controller **224** then divides up the blocks and stores the data blocks as it would objects. The master controller **224** then maps the blocks and physical address sent with the block to the actual locations determined by the master controller **224**. The mapping is stored in the object index. Typically, for block emulation, a block device application program interface ("API") is provided in a driver in the computer **112**, client **114**, or other device wishing to use the storage device/solid-state storage device **102** as a block storage device.

In another embodiment, the master controller **224** coordinates with NIC controllers **244** and embedded RDMA controllers **246** to deliver just-in-time RDMA transfers of data and command sets. NIC controller **244** may be hidden behind a non-transparent port to enable the use of custom drivers.

**22**

Also, a driver on a client **114** may have access to the computer network **116** through an I/O memory driver using a standard stack API and operating in conjunction with NICs **244**.

In one embodiment, the master controller **224** is also a redundant array of independent drive ("RAID") controller. Where the data storage device/solid-state storage device **102** is networked with one or more other data storage devices/ solid-state storage devices **102**, the master controller **224** may be a RAID controller for single tier RAID, multi-tier RAID, progressive RAID, etc. The master controller **224** also allows some objects to be stored in a RAID array and other objects to be stored without RAID. In another embodiment, the master controller **224** may be a distributed RAID controller element. In another embodiment, the master controller **224** may comprise many RAID, distributed RAID, and other functions as described elsewhere.

In one embodiment, the master controller **224** coordinates with single or redundant network managers (e.g. switches) to establish routing, to balance bandwidth utilization, failover, etc. In another embodiment, the master controller **224** coordinates with integrated application specific logic (via local bus **206**) and associated driver software. In another embodiment, the master controller **224** coordinates with attached application specific processors **258** or logic (via the external system bus **240**) and associated driver software. In another embodiment, the master controller **224** coordinates with remote application specific logic (via the computer network **116**) and associated driver software. In another embodiment, the master controller **224** coordinates with the local bus **206** or external bus attached hard disk drive ("HDD") storage controller.

In one embodiment, the master controller **224** communicates with one or more storage controllers **254** where the storage device/solid-state storage device **102** may appear as a storage device connected through a SCSI bus, Internet SCSI ("iSCSI"), fiber channel, etc. Meanwhile the storage device/ solid-state storage device **102** may autonomously manage objects and may appear as an object file system or distributed object file system. The master controller **224** may also be accessed by peer controllers **256** and/or application specific processors **258**.

In another embodiment, the master controller **224** coordinates with an autonomous integrated management controller to periodically validate FPGA code and/or controller software, validate FPGA code while running (reset) and/or validate controller software during power on (reset), support external reset requests, support reset requests due to watchdog timeouts, and support voltage, current, power, temperature, and other environmental measurements and setting of threshold interrupts. In another embodiment, the master controller **224** manages garbage collection to free erase blocks for reuse. In another embodiment, the master controller **224** manages wear leveling. In another embodiment, the master controller **224** allows the data storage device/solid-state storage device **102** to be partitioned into multiple virtual devices and allows partition-based media encryption. In yet another embodiment, the master controller **224** supports a solid-state storage controller **104** with advanced, multi-bit ECC correction. One of skill in the art will recognize other features and functions of a master controller **224** in a storage controller **152**, or more specifically in a solid-state storage device **102**.

In one embodiment, the solid-state storage device controller **202** includes a memory controller **228** which controls a dynamic random memory array **230** and/or a static random memory array **232**. As stated above, the memory controller **228** may be independent or integrated with the master controller **224**. The memory controller **228** typically controls

volatile memory of some type, such as DRAM (dynamic random access memory array **230**) and SRAM (static random memory array **232**). In other examples, the memory controller **228** also controls other memory types such as electrically erasable programmable read only memory ("EEPROM"), etc. In other embodiments, the memory controller **228** controls two or more memory types and the memory controller **228** may include more than one controller. Typically, the memory controller **228** controls as much SRAM **232** as is feasible and by DRAM **230** to supplement the SRAM **232**.

In one embodiment, the object index is stored in memory **230**, **232** and then periodically off-loaded to a channel of the solid-state storage **110***n* or other non-volatile memory. One of skill in the art will recognize other uses and configurations of the memory controller **228**, dynamic memory array **230**, and static memory array **232**.

In one embodiment, the solid-state storage device controller **202** includes a DMA controller **226** that controls DMA operations between the storage device/solid-state storage device **102** and one or more external memory controllers **250** and associated external memory arrays **252** and CPUs **248**. Note that the external memory controllers **250** and external memory arrays **252** are called external because they are external to the storage device/solid-state storage device **102**. In addition the DMA controller **226** may also control RDMA operations with requesting devices through a NIC **244** and associated RDMA controller **246**. DMA and RDMA are explained in more detail below.

In one embodiment, the solid-state storage device controller **202** includes a management controller **234** connected to a management bus **236**. Typically the management controller **234** manages environmental metrics and status of the storage device/solid-state storage device **102**. The management controller **234** may monitor device temperature, fan speed, power supply settings, etc. over the management bus **236**. The management controller **234** may support the reading and programming of erasable programmable read only memory ("EEPROM") for storage of FPGA code and controller software. Typically the management bus **236** is connected to the various components within the storage device/solid-state storage device **102**. The management controller **234** may communicate alerts, interrupts, etc. over the local bus **206** or may include a separate connection to a system bus **240** or other bus. In one embodiment the management bus **236** is an Inter-Integrated Circuit ("I²C") bus. One of skill in the art will recognize other related functions and uses of a management controller **234** connected to components of the storage device/solid-state storage device **102** by a management bus **236**.

In one embodiment, the solid-state storage device controller **202** includes miscellaneous logic **242** that may be customized for a specific application. Typically where the solid-state device controller **202** or master controller **224** is/are configured using a FPGA or other configurable controller, custom logic may be included based on a particular application, customer requirement, storage requirement, etc.

Data Pipeline

FIG. **3** is a schematic block diagram illustrating one embodiment **300** of a solid-state storage controller **104** with a write data pipeline **106** and a read data pipeline **108** in a solid-state storage device **102** in accordance with the present invention. The embodiment **300** includes a data bus **204**, a local bus **206**, and buffer control **208**, which are substantially similar to those described in relation to the solid-state storage device controller **202** of FIG. **2**. The write data pipeline **106** includes a packetizer **302** and an error-correcting code ("ECC") generator **304**. In other embodiments, the write data

pipeline **106** includes an input buffer **306**, a write synchronization buffer **308**, a write program module **310**, a compression module **312**, an encryption module **314**, a garbage collector bypass **316** (with a portion within the read data pipeline **108**), a media encryption module **318**, and a write buffer **320**. The read data pipeline **108** includes a read synchronization buffer **328**, an ECC correction module **322**, a depacketizer **324**, an alignment module **326**, and an output buffer **330**. In other embodiments, the read data pipeline **108** may include a media decryption module **332**, a portion of the garbage collector bypass **316**, a decryption module **334**, a decompression module **336**, and a read program module **338**. The solid-state storage controller **104** may also include control and status registers **340** and control queues **342**, a bank interleave controller **344**, a synchronization buffer **346**, a storage bus controller **348**, and a multiplexer ("MUX") **350**. The components of the solid-state controller **104** and associated write data pipeline **106** and read data pipeline **108** are described below. In other embodiments, synchronous solid-state storage **110** may be used and synchronization buffers **308 328** may be eliminated.

Write Data Pipeline

The write data pipeline **106** includes a packetizer **302** that receives a data or metadata segment to be written to the solid-state storage, either directly or indirectly through another write data pipeline **106** stage, and creates one or more packets sized for the solid-state storage **110**. The data or metadata segment is typically part of an object, but may also include an entire object. In another embodiment, the data segment is part of a block of data, but may also include an entire block of data. Typically, an object is received from a computer **112**, client **114**, or other computer or device and is transmitted to the solid-state storage device **102** in data segments streamed to the solid-state storage device **102** or computer **112**. A data segment may also be known by another name, such as data parcel, but as referenced herein includes all or a portion of an object or data block.

Each object is stored as one or more packets. Each object may have one or more container packets. Each packet contains a header. The header may include a header type field. Type fields may include data, object attribute, metadata, data segment delimiters (multi-packet), object structures, object linkages, and the like. The header may also include information regarding the size of the packet, such as the number of bytes of data included in the packet. The length of the packet may be established by the packet type. The header may include information that establishes the relationship of the packet to the object. An example might be the use of an offset in a data packet header to identify the location of the data segment within the object. One of skill in the art will recognize other information that may be included in a header added to data by a packetizer **302** and other information that may be added to a data packet.

Each packet includes a header and possibly data from the data or metadata segment. The header of each packet includes pertinent information to relate the packet to the object to which the packet belongs. For example, the header may include an object identifier and offset that indicates the data segment, object, or data block from which the data packet was formed. The header may also include a logical address used by the storage bus controller **348** to store the data packet. The header may also include information regarding the size of the packet, such as the number of bytes included in the packet. The header may also include a sequence number that identifies where the data segment belongs with respect to other packets within the object when reconstructing the data segment or object. The header may include a header type field.

US 8,762,658 B2

25                                                          26

Type fields may include data, object attributes, metadata, data segment delimiters (multi-packet), object structures, object linkages, and the like. One of skill in the art will recognize other information that may be included in a header added to data or metadata by a packetizer **302** and other information that may be added to a packet.

The write data pipeline **106** includes an ECC generator **304** that generates one or more error-correcting codes ("ECC") for the one or more packets received from the packetizer **302**. The ECC generator **304** typically uses an error correcting algorithm to generate ECC which is stored with the packet. The ECC stored with the packet is typically used to detect and correct errors introduced into the data through transmission and storage. In one embodiment, packets are streamed into the ECC generator **304** as un-encoded blocks of length N. A syndrome of length S is calculated, appended and output as an encoded block of length N+S. The value of N and S are dependent upon the characteristics of the algorithm which is selected to achieve specific performance, efficiency, and robustness metrics. In the preferred embodiment, there is no fixed relationship between the ECC blocks and the packets; the packet may comprise more than one ECC block; the ECC block may comprise more than one packet; and a first packet may end anywhere within the ECC block and a second packet may begin after the end of the first packet within the same ECC block. In the preferred embodiment, ECC algorithms are not dynamically modified. In a preferred embodiment, the ECC stored with the data packets is robust enough to correct errors in more than two bits.

Beneficially, using a robust ECC algorithm allowing more than single bit correction or even double bit correction allows the life of the solid-state storage **110** to be extended. For example, if flash memory is used as the storage medium in the solid-state storage **110**, the flash memory may be written approximately 100,000 times without error per erase cycle. This usage limit may be extended using a robust ECC algorithm. Having the ECC generator **304** and corresponding ECC correction module **322** onboard the solid-state storage device **102**, the solid-state storage device **102** can internally correct errors and has a longer useful life than if a less robust ECC algorithm is used, such as single bit correction. However, in other embodiments the ECC generator **304** may use a less robust algorithm and may correct single-bit or double-bit errors. In another embodiment, the solid-state storage **110** may comprise less reliable storage such as multi-level cell ("MLC") flash in order to increase capacity, which storage may not be sufficiently reliable without more robust ECC algorithms.

In one embodiment, the write pipeline **106** includes an input buffer **306** that receives a data segment to be written to the solid-state storage **110** and stores the incoming data segments until the next stage of the write data pipeline **106**, such as the packetizer **302** (or other stage for a more complex write data pipeline **106**) is ready to process the next data segment. The input buffer **306** typically allows for discrepancies between the rate data segments are received and processed by the write data pipeline **106** using an appropriately sized data buffer. The input buffer **306** also allows the data bus **204** to transfer data to the write data pipeline **106** at rates greater than can be sustained by the write data pipeline **106** in order to improve efficiency of operation of the data bus **204**. Typically when the write data pipeline **106** does not include an input buffer **306**, a buffering function is performed elsewhere, such as in the solid-state storage device **102** but outside the write data pipeline **106**, in the computer **112**, such as within a

network interface card ("NIC"), or at another device, for example when using remote direct memory access ("RDMA").

In another embodiment, the write data pipeline **106** also includes a write synchronization buffer **308** that buffers packets received from the ECC generator **304** prior to writing the packets to the solid-state storage **110**. The write synch buffer **308** is located at a boundary between a local clock domain and a solid-state storage clock domain and provides buffering to account for the clock domain differences. In other embodiments, synchronous solid-state storage **110** may be used and synchronization buffers **308 328** may be eliminated.

In one embodiment, the write data pipeline **106** also includes a media encryption module **318** that receives the one or more packets from the packetizer **302**, either directly or indirectly, and encrypts the one or more packets using an encryption key unique to the solid-state storage device **102** prior to sending the packets to the ECC generator **304**. Typically, the entire packet is encrypted, including the headers. In another embodiment, headers are not encrypted. In this document, encryption key is understood to mean a secret encryption key that is managed externally from an embodiment that integrates the solid-state storage **110** and where the embodiment requires encryption protection. The media encryption module **318** and corresponding media decryption module **332** provide a level of security for data stored in the solid-state storage **110**. For example, where data is encrypted with the media encryption module **318**, if the solid-state storage **110** is connected to a different solid-state storage controller **104**, solid-state storage device **102**, or computer **112**, the contents of the solid-state storage **110** typically could not be read without use of the same encryption key used during the write of the data to the solid-state storage **110** without significant effort.

In a typical embodiment, the solid-state storage device **102** does not store the encryption key in non-volatile storage and allows no external access to the encryption key. The encryption key is provided to the solid-state storage controller **104** during initialization. The solid-sate storage device **102** may use and store a non-secret cryptographic nonce that is used in conjunction with an encryption key. A different nonce may be stored with every packet. Data segments may be split between multiple packets with unique nonces for the purpose of improving protection by the encryption algorithm. The encryption key may be received from a client **114**, a computer **112**, key manager, or other device that manages the encryption key to be used by the solid-state storage controller **104**. In another embodiment, the solid-state storage **110** may have two or more partitions and the solid-state storage controller **104** behaves as though it were two or more solid-state storage controllers **104**, each operating on a single partition within the solid-state storage **110**. In this embodiment, a unique media encryption key may be used with each partition.

In another embodiment, the write data pipeline **106** also includes an encryption module **314** that encrypts a data or metadata segment received from the input buffer **306**, either directly or indirectly, prior sending the data segment to the packetizer **302**, the data segment encrypted using an encryption key received in conjunction with the data segment. The encryption module **314** differs from the media encryption module **318** in that the encryption keys used by the encryption module **314** to encrypt data may not be common to all data stored within the solid-state storage device **102** but may vary on an object basis and received in conjunction with receiving data segments as described below. For example, an encryption key for a data segment to be encrypted by the encryption module **314** may be received with the data segment or may be

**27**

received as part of a command to write an object to which the data segment belongs. The solid-sate storage device **102** may use and store a non-secret cryptographic nonce in each object packet that is used in conjunction with the encryption key. A different nonce may be stored with every packet. Data segments may be split between multiple packets with unique nonces for the purpose of improving protection by the encryption algorithm. In one embodiment, the nonce used by the media encryption module **318** is the same as that used by the encryption module **314**.

The encryption key may be received from a client **114**, a computer **112**, key manager, or other device that holds the encryption key to be used to encrypt the data segment. In one embodiment, encryption keys are transferred to the solid-state storage controller **104** from one of a solid-state storage device **102**, computer **112**, client **114**, or other external agent which has the ability to execute industry standard methods to securely transfer and protect private and public keys.

In one embodiment, the encryption module **314** encrypts a first packet with a first encryption key received in conjunction with the packet and encrypts a second packet with a second encryption key received in conjunction with the second packet. In another embodiment, the encryption module **314** encrypts a first packet with a first encryption key received in conjunction with the packet and passes a second packet on to the next stage without encryption. Beneficially, the encryption module **314** included in the write data pipeline **106** of the solid-state storage device **102** allows object-by-object or segment-by-segment data encryption without a single file system or other external system to keep track of the different encryption keys used to store corresponding objects or data segments. Each requesting device **155** or related key manager independently manages encryption keys used to encrypt only the objects or data segments sent by the requesting device **155**.

In another embodiment, the write data pipeline **106** includes a compression module **312** that compresses the data for metadata segment prior to sending the data segment to the packetizer **302**. The compression module **312** typically compresses a data or metadata segment using a compression routine known to those of skill in the art to reduce the storage size of the segment. For example, if a data segment includes a string of 512 zeros, the compression module **312** may replace the 512 zeros with code or token indicating the 512 zeros where the code is much more compact than the space taken by the 512 zeros.

In one embodiment, the compression module **312** compresses a first segment with a first compression routine and passes along a second segment without compression. In another embodiment, the compression module **312** compresses a first segment with a first compression routine and compresses the second segment with a second compression routine. Having this flexibility within the solid-state storage device **102** is beneficial so that clients **114** or other devices writing data to the solid-state storage device **102** may each specify a compression routine or so that one can specify a compression routine while another specifies no compression. Selection of compression routines may also be selected according to default settings on a per object type or object class basis. For example, a first object of a specific object may be able to override default compression routine settings and a second object of the same object class and object type may use the default compression routine and a third object of the same object class and object type may use no compression.

In one embodiment, the write data pipeline **106** includes a garbage collector bypass **316** that receives data segments from the read data pipeline **108** as part of a data bypass in a

**28**

garbage collection system. A garbage collection system typically marks packets that are no longer valid, typically because the packet is marked for deletion or has been modified and the modified data is stored in a different location. At some point, the garbage collection system determines that a particular section of storage may be recovered. This determination may be due to a lack of available storage capacity, the percentage of data marked as invalid reaching a threshold, a consolidation of valid data, an error detection rate for that section of storage reaching a threshold, or improving performance based on data distribution, etc. Numerous factors may be considered by a garbage collection algorithm to determine when a section of storage is to be recovered.

Once a section of storage has been marked for recovery, valid packets in the section typically must be relocated. The garbage collector bypass **316** allows packets to be read into the read data pipeline **108** and then transferred directly to the write data pipeline **106** without being routed out of the solid-state storage controller **104**. In a preferred embodiment, the garbage collector bypass **316** is part of an autonomous garbage collector system that operates within the solid-state storage device **102**. This allows the solid-state storage device **102** to manage data so that data is systematically spread throughout the solid-state storage **110** to improve performance, data reliability and to avoid overuse and underuse of any one location or area of the solid-state storage **110** and to lengthen the useful life of the solid-state storage **110**.

The garbage collector bypass **316** coordinates insertion of segments into the write data pipeline **106** with other segments being written by clients **114** or other devices. In the depicted embodiment, the garbage collector bypass **316** is before the packetizer **302** in the write data pipeline **106** and after the depacketizer **324** in the read data pipeline **108**, but may also be located elsewhere in the read and write data pipelines **106**, **108**. The garbage collector bypass **316** may be used during a flush of the write pipeline **106** to fill the remainder of the virtual page in order to improve the efficiency of storage within the Solid-State Storage **110** and thereby reduce the frequency of garbage collection.

In one embodiment, the write data pipeline **106** includes a write buffer **320** that buffers data for efficient write operations. Typically, the write buffer **320** includes enough capacity for packets to fill at least one virtual page in the solid-state storage **110**. This allows a write operation to send an entire page of data to the solid-state storage **110** without interruption. By sizing the write buffer **320** of the write data pipeline **106** and buffers within the read data pipeline **108** to be the same capacity or larger than a storage write buffer within the solid-state storage **110**, writing and reading data is more efficient since a single write command may be crafted to send a full virtual page of data to the solid-state storage **110** instead of multiple commands.

While the write buffer **320** is being filled, the solid-state storage **110** may be used for other read operations. This is advantageous because other solid-state devices with a smaller write buffer or no write buffer may tie up the solid-state storage when data is written to a storage write buffer and data flowing into the storage write buffer stalls. Read operations will be blocked until the entire storage write buffer is filled and programmed. Another approach for systems without a write buffer or a small write buffer is to flush the storage write buffer that is not full in order to enable reads. Again this is inefficient because multiple write/program cycles are required to fill a page.

For depicted embodiment with a write buffer **320** sized larger than a virtual page, a single write command, which includes numerous subcommands, can then be followed by a

US 8,762,658 B2

**29**

single program command to transfer the page of data from the storage write buffer in each solid-state storage element **216**, **218**, **220** to the designated page within each solid-state storage element **216**, **218**, **220**. This technique has the benefits of eliminating partial page programming, which is known to reduce data reliability and durability and freeing up the destination bank for reads and other commands while the buffer fills.

In one embodiment, the write buffer **320** is a ping-pong buffer where one side of the buffer is filled and then designated for transfer at an appropriate time while the other side of the ping-pong buffer is being filled. In another embodiment, the write buffer **320** includes a first-in first-out ("FIFO") register with a capacity of more than a virtual page of data segments. One of skill in the art will recognize other write buffer **320** configurations that allow a virtual page of data to be stored prior to writing the data to the solid-state storage **110**.

In another embodiment, the write buffer **320** is sized smaller than a virtual page so that less than a page of information could be written to a storage write buffer in the solid-state storage **110**. In the embodiment, to prevent a stall in the write data pipeline **106** from holding up read operations, data is queued using the garbage collection system that needs to be moved from one location to another as part of the garbage collection process. In case of a data stall in the write data pipeline **106**, the data can be fed through the garbage collector bypass **316** to the write buffer **320** and then on to the storage write buffer in the solid-state storage **110** to fill the pages of a virtual page prior to programming the data. In this way a data stall in the write data pipeline **106** would not stall reading from the solid-state storage device **102**.

In another embodiment, the write data pipeline **106** includes a write program module **310** with one or more user-definable functions within the write data pipeline **106**. The write program module **310** allows a user to customize the write data pipeline **106**. A user may customize the write data pipeline **106** based on a particular data requirement or application. Where the solid-state storage controller **104** is an FPGA, the user may program the write data pipeline **106** with custom commands and functions relatively easily. A user may also use the write program module **310** to include custom functions with an ASIC, however, customizing an ASIC may be more difficult than with an FPGA. The write program module **310** may include buffers and bypass mechanisms to allow a first data segment to execute in the write program module **310** while a second data segment may continue through the write data pipeline **106**. In another embodiment, the write program module **310** may include a processor core that can be programmed through software.

Note that the write program module **310** is shown between the input buffer **306** and the compression module **312**, however, the write program module **310** could be anywhere in the write data pipeline **106** and may be distributed among the various stages **302-320**. In addition, there may be multiple write program modules **310** distributed among the various states **302-320** that are programmed and operate independently. In addition, the order of the stages **302-320** may be altered. One of skill in the art will recognize workable alterations to the order of the stages **302-320** based on particular user requirements.

Read Data Pipeline

The read data pipeline **108** includes an ECC correction module **322** that determines if a data error exists in ECC blocks a requested packet received from the solid-state storage **110** by using ECC stored with each ECC block of the requested packet. The ECC correction module **322** then cor-

**30**

rects any errors in the requested packet if any error exists and the errors are correctable using the ECC. For example, if the ECC can detect an error in six bits but can only correct three bit errors, the ECC correction module **322** corrects ECC blocks of the requested packet with up to three bits in error. The ECC correction module **322** corrects the bits in error by changing the bits in error to the correct one or zero state so that the requested data packet is identical to when it was written to the solid-state storage **110** and the ECC was generated for the packet.

If the ECC correction module **322** determines that the requested packets contains more bits in error than the ECC can correct, the ECC correction module **322** cannot correct the errors in the corrupted ECC blocks of the requested packet and sends an interrupt. In one embodiment, the ECC correction module **322** sends an interrupt with a message indicating that the requested packet is in error. The message may include information that the ECC correction module **322** cannot correct the errors or the inability of the ECC correction module **322** to correct the errors may be implied. In another embodiment, the ECC correction module **322** sends the corrupted ECC blocks of the requested packet with the interrupt and/or the message.

In the preferred embodiment, a corrupted ECC block or portion of a corrupted ECC block of the requested packet that cannot be corrected by the ECC correction module **322** is read by the master controller **224**, corrected, and returned to the ECC correction module **322** for further processing by the read data pipeline **108**. In one embodiment, a corrupted ECC block or portion of a corrupted ECC block of the requested packet is sent to the device requesting the data. The requesting device **155** may correct the ECC block or replace the data using another copy, such as a backup or mirror copy, and then may use the replacement data of the requested data packet or return it to the read data pipeline **108**. The requesting device **155** may use header information in the requested packet in error to identify data required to replace the corrupted requested packet or to replace the object to which the packet belongs. In another preferred embodiment, the solid-state storage controller **104** stores data using some type of RAID and is able to recover the corrupted data. In another embodiment, the ECC correction module **322** sends and interrupt and/or message and the receiving device fails the read operation associated with the requested data packet. One of skill in the art will recognize other options and actions to be taken as a result of the ECC correction module **322** determining that one or more ECC blocks of the requested packet are corrupted and that the ECC correction module **322** cannot correct the errors.

The read data pipeline **108** includes a depacketizer **324** that receives ECC blocks of the requested packet from the ECC correction module **322**, directly or indirectly, and checks and removes one or more packet headers. The depacketizer **324** may validate the packet headers by checking packet identifiers, data length, data location, etc. within the headers. In one embodiment, the header includes a hash code that can be used to validate that the packet delivered to the read data pipeline **108** is the requested packet. The depacketizer **324** also removes the headers from the requested packet added by the packetizer **302**. The depacketizer **324** may directed to not operate on certain packets but pass these forward without modification. An example might be a container label that is requested during the course of a rebuild process where the header information is required by the object index reconstruction module **272**. Further examples include the transfer of packets of various types destined for use within the solid-state storage device **102**. In another embodiment, the depacketizer **324** operation may be packet type dependent.

US 8,762,658 B2

31                                                          32

The read data pipeline **108** includes an alignment module **326** that receives data from the depacketizer **324** and removes unwanted data. In one embodiment, a read command sent to the solid-state storage **110** retrieves a packet of data. A device requesting the data may not require all data within the retrieved packet and the alignment module **326** removes the unwanted data. If all data within a retrieved page is requested data, the alignment module **326** does not remove any data.

The alignment module **326** re-formats the data as data segments of an object in a form compatible with a device requesting the data segment prior to forwarding the data segment to the next stage. Typically, as data is processed by the read data pipeline **108**, the size of data segments or packets changes at various stages. The alignment module **326** uses received data to format the data into data segments suitable to be sent to the requesting device **155** and joined to form a response. For example, data from a portion of a first data packet may be combined with data from a portion of a second data packet. If a data segment is larger than a data requested by the requesting device **155**, the alignment module **326** may discard the unwanted data.

In one embodiment, the read data pipeline **108** includes a read synchronization buffer **328** that buffers one or more requested packets read from the solid-state storage **110** prior to processing by the read data pipeline **108**. The read synchronization buffer **328** is at the boundary between the solid-state storage clock domain and the local bus clock domain and provides buffering to account for the clock domain differences.

In another embodiment, the read data pipeline **108** includes an output buffer **330** that receives requested packets from the alignment module **326** and stores the packets prior to transmission to the requesting device **155**. The output buffer **330** accounts for differences between when data segments are received from stages of the read data pipeline **108** and when the data segments are transmitted to other parts of the solid-state storage controller **104** or to the requesting device. The output buffer **330** also allows the data bus **204** to receive data from the read data pipeline **108** at rates greater than can be sustained by the read data pipeline **108** in order to improve efficiency of operation of the data bus **204**.

In one embodiment, the read data pipeline **108** includes a media decryption module **332** that receives one or more encrypted requested packets from the ECC correction module **322** and decrypts the one or more requested packets using the encryption key unique to the solid-state storage device **102** prior to sending the one or more requested packets to the depacketizer **324**. Typically the encryption key used to decrypt data by the media decryption module **332** is identical to the encryption key used by the media encryption module **318**. In another embodiment, the solid-state storage **110** may have two or more partitions and the solid-state storage controller **104** behaves as though it were two or more solid-state storage controllers **104** each operating on a single partition within the solid-state storage **110**. In this embodiment, a unique media encryption key may be used with each partition.

In another embodiment, the read data pipeline **108** includes a decryption module **334** that decrypts a data segment formatted by the depacketizer **324** prior to sending the data segment to the output buffer **330**. The data segment decrypted using an encryption key received in conjunction with the read request that initiates retrieval of the requested packet received by the read synchronization buffer **328**. The decryption module **334** may decrypt a first packet with an encryption key received in conjunction with the read request for the first packet and then may decrypt a second packet with a different encryption key or may pass the second packet on to the next

stage of the read data pipeline **108** without decryption. Typically, the decryption module **334** uses a different encryption key to decrypt a data segment than the media decryption module **332** uses to decrypt requested packets. When the packet was stored with a non-secret cryptographic nonce, the nonce is used in conjunction with an encryption key to decrypt the data packet. The encryption key may be received from a client **114**, a computer **112**, key manager, or other device that manages the encryption key to be used by the solid-state storage controller **104**.

In another embodiment, the read data pipeline **108** includes a decompression module **336** that decompresses a data segment formatted by the depacketizer **324**. In the preferred embodiment, the decompression module **336** uses compression information stored in one or both of the packet header and the container label to select a complementary routine to that used to compress the data by the compression module **312**. In another embodiment, the decompression routine used by the decompression module **336** is dictated by the device requesting the data segment being decompressed. In another embodiment, the decompression module **336** selects a decompression routine according to default settings on a per object type or object class basis. A first packet of a first object may be able to override a default decompression routine and a second packet of a second object of the same object class and object type may use the default decompression routine and a third packet of a third object of the same object class and object type may use no decompression.

In another embodiment, the read data pipeline **108** includes a read program module **338** that includes one or more user-definable functions within the read data pipeline **108**. The read program module **338** has similar characteristics to the write program module **310** and allows a user to provide custom functions to the read data pipeline **108**. The read program module **338** may be located as shown in FIG. **3**, may be located in another position within the read data pipeline **108**, or may include multiple parts in multiple locations within the read data pipeline **108**. Additionally, there may be multiple read program modules **338** within multiple locations within the read data pipeline **108** that operate independently. One of skill in the art will recognize other forms of a read program module **338** within a read data pipeline **108**. As with the write data pipeline **106**, the stages of the read data pipeline **108** may be rearranged and one of skill in the art will recognize other orders of stages within the read data pipeline **108**.

The solid-state storage controller **104** includes control and status registers **340** and corresponding control queues **342**. The control and status registers **340** and control queues **342** facilitate control and sequencing commands and subcommands associated with data processed in the write and read data pipelines **106**, **108**. For example, a data segment in the packetizer **302** may have one or more corresponding control commands or instructions in a control queue **342** associated with the ECC generator **304**. As the data segment is packetized, some of the instructions or commands may be executed within the packetizer **302**. Other commands or instructions may be passed to the next control queue **342** through the control and status registers **340** as the newly formed data packet created from the data segment is passed to the next stage.

Commands or instructions may be simultaneously loaded into the control queues **342** for a packet being forwarded to the write data pipeline **106** with each pipeline stage pulling the appropriate command or instruction as the respective packet is executed by that stage. Similarly, commands or instructions may be simultaneously loaded into the control queues **342** for a packet being requested from the read data

US 8,762,658 B2

33

pipeline **108** with each pipeline stage pulling the appropriate command or instruction as the respective packet is executed by that stage. One of skill in the art will recognize other features and functions of control and status registers **340** and control queues **342**.

The solid-state storage controller **104** and or solid-state storage device **102** may also include a bank interleave controller **344**, a synchronization buffer **346**, a storage bus controller **348**, and a multiplexer ("MUX") **350**, which are described in relation to FIGS. **4**A and **4**B.

Bank Interleave

FIG. **4**A is a schematic block diagram illustrating one embodiment **400** of a bank interleave controller **344** in the solid-state storage controller **104** in accordance with the present invention. The bank interleave controller **344** is connected to the control and status registers **340** and to the storage I/O bus **210** and storage control bus **212** through the MUX **350**, storage bus controller **348**, and synchronization buffer **346**, which are described below. The bank interleave controller **344** includes a read agent **402**, a write agent **404**, an erase agent **406**, a management agent **408**, read queues **410**a-n, write queues **412**a-n, erase queues **414**a-n, and management queues **416**a-n for the banks **214** in the solid-state storage **110**, bank controllers **418**a-n, a bus arbiter **420**, and a status MUX **422**, which are described below. The storage bus controller **348** includes a mapping module **424** with a remapping module **430**, a status capture module **426**, and a NAND bus controller **428**, which are described below.

The bank interleave controller **344** directs one or more commands to two or more queues in the bank interleave controller **344** and coordinates among the banks **214** of the solid-state storage **110** execution of the commands stored in the queues, such that a command of a first type executes on one bank **214**a while a command of a second type executes on a second bank **214**b. The one or more commands are separated by command type into the queues. Each bank **214** of the solid-state storage **110** has a corresponding set of queues within the bank interleave controller **344** and each set of queues includes a queue for each command type.

The bank interleave controller **344** coordinates among the banks **214** of the solid-state storage **110** execution of the commands stored in the queues. For example, a command of a first type executes on one bank **214**a while a command of a second type executes on a second bank **214**b. Typically the command types and queue types include read and write commands and queues **410**, **412**, but may also include other commands and queues that are storage media specific. For example, in the embodiment depicted in FIG. **4**A, erase and management queues **414**, **416** are included and would be appropriate for flash memory, NRAM, MRAM, DRAM, PRAM, etc.

For other types of solid-state storage **110**, other types of commands and corresponding queues may be included without straying from the scope of the invention. The flexible nature of an FPGA solid-state storage controller **104** allows flexibility in storage media. If flash memory were changed to another solid-state storage type, the bank interleave controller **344**, storage bus controller **348**, and MUX **350** could be altered to accommodate the media type without significantly affecting the data pipelines **106**, **108** and other solid-state storage controller **104** functions.

In the embodiment depicted in FIG. **4**A, the bank interleave controller **344** includes, for each bank **214**, a read queue **410** for reading data from the solid-state storage **110**, a write queue **412** for write commands to the solid-state storage **110**, an erase queue **414** for erasing an erase block in the solid-state storage, an a management queue **416** for management com-

34

mands. The bank interleave controller **344** also includes corresponding read, write, erase, and management agents **402**, **404**, **406**, **408**. In another embodiment, the control and status registers **340** and control queues **342** or similar components queue commands for data sent to the banks **214** of the solid-state storage **110** without a bank interleave controller **344**.

The agents **402**, **404**, **406**, **408**, in one embodiment, direct commands of the appropriate type destined for a particular bank **214**a to the correct queue for the bank **214**a. For example, the read agent **402** may receive a read command for bank-1 **214**b and directs the read command to the bank-1 read queue **410**b. The write agent **404** may receive a write command to write data to a location in bank-0 **214**a of the solid-state storage **110** and will then send the write command to the bank-0 write queue **412**a. Similarly, the erase agent **406** may receive an erase command to erase an erase block in bank-1 **214**b and will then pass the erase command to the bank-1 erase queue **414**b. The management agent **408** typically receives management commands, status requests, and the like, such as a reset command or a request to read a configuration register of a bank **214**, such as bank-0 **214**a. The management agent **408** sends the management command to the bank-0 management queue **416**a.

The agents **402**, **404**, **406**, **408** typically also monitor status of the queues **410**, **412**, **414**, **416** and send status, interrupt, or other messages when the queues **410**, **412**, **414**, **416** are full, nearly full, non-functional, etc. In one embodiment, the agents **402**, **404**, **406**, **408** receive commands and generate corresponding sub-commands. In one embodiment, the agents **402**, **404**, **406**, **408** receive commands through the control & status registers **340** and generate corresponding sub-commands which are forwarded to the queues **410**, **412**, **414**, **416**. One of skill in the art will recognize other functions of the agents **402**, **404**, **406**, **408**.

The queues **410**, **412**, **414**, **416** typically receive commands and store the commands until required to be sent to the solid-state storage banks **214**. In a typical embodiment, the queues **410**, **412**, **414**, **416** are first-in, first-out ("FIFO") registers or a similar component that operates as a FIFO. In another embodiment, the queues **410**, **412**, **414**, **416** store commands in an order that matches data, order of importance, or other criteria.

The bank controllers **418** typically receive commands from the queues **410**, **412**, **414**, **416** and generate appropriate sub-commands. For example, the bank-0 write queue **412**a may receive a command to write a page of data packets to bank-0 **214**a. The bank-0 controller **418**a may receive the write command at an appropriate time and may generate one or more write subcommands for each data packet stored in the write buffer **320** to be written to the page in bank-0 **214**a. For example, bank-0 controller **418**a may generate commands to validate the status of bank **0** **214**a and the solid-state storage array **216**, select the appropriate location for writing one or more data packets, clear the input buffers within the solid-state storage memory array **216**, transfer the one or more data packets to the input buffers, program the input buffers into the selected location, verify that the data was correctly programmed, and if program failures occur do one or more of interrupting the master controller **224**, retrying the write to the same physical location, and retrying the write to a different physical location. Additionally, in conjunction with example write command, the storage bus controller **348** will cause the one or more commands to multiplied to execute the each of the storage I/O buses **210**a-n with the logical address of the command mapped to a first physical addresses for

**35**

storage I/O bus **210***a*, and mapped to a second physical address for storage I/O bus **210***b*, and so forth as further described above.

Typically, bus arbiter **420** selects from among the bank controllers **418** and pulls subcommands from output queues within the bank controllers **418** and forwards these to the Storage Bus Controller **348** in a sequence that optimizes the performance of the banks **214**. In another embodiment, the bus arbiter **420** may respond to a high level interrupt and modify the normal selection criteria. In another embodiment, the master controller **224** can control the bus arbiter **420** through the control and status registers **340**. One of skill in the art will recognize other means by which the bus arbiter **420** may control and interleave the sequence of commands from the bank controllers **418** to the solid-state storage **110**.

The bus arbiter **420** typically coordinates selection of appropriate commands, and corresponding data when required for the command type, from the bank controllers **418** and sends the commands and data to the storage bus controller **348**. The bus arbiter **420** typically also sends commands to the storage control bus **212** to select the appropriate bank **214**. For the case of flash memory or other solid-state storage **110** with an asynchronous, bi-directional serial storage I/O bus **210**, only one command (control information) or set of data can be transmitted at a time. For example, when write commands or data are being transmitted to the solid-state storage **110** on the storage I/O bus **210**, read commands, data being read, erase commands, management commands, or other status commands cannot be transmitted on the storage I/O bus **210**. For example, when data is being read from the storage I/O bus **210**, data cannot be written to the solid-state storage **110**.

For example, during a write operation on bank-0 the bus arbiter **420** selects the bank-0 controller **418***a* which may have a write command or a series of write sub-commands in the top of its queue which cause the storage bus controller **348** to execute the following sequence. The bus arbiter **420** forwards the write command to the storage bus controller **348**, which sets up a write command by selecting bank-0 **214***a* through the storage control bus **212**, sending a command to clear the input buffers of the solid-state storage elements **110** associated with the bank-0 **214***a*, and sending a command to validate the status of the solid-state storage elements **216**, **218**, **220** associated with the bank-0 **214***a*. The storage bus controller **348** then transmits a write subcommand on the storage I/O bus **210**, which contains the physical addresses including the address of the logical erase block for each individual physical erase solid-stage storage element **216***a-m* as mapped from the logical erase block address. The storage bus controller **348** then muxes the write buffer **320** through the write sync buffer **308** to the storage I/O bus **210** through the MUX **350** and streams write data to the appropriate page. When the page is full, then storage bus controller **348** causes the solid-state storage elements **216***a-m* associated with the bank-0 **214***a* to program the input buffer to the memory cells within the solid-state storage elements **216***a-m*. Finally, the storage bus controller **348** validates the status to ensure that page was correctly programmed.

A read operation is similar to the write example above. During a read operation, typically the bus arbiter **420**, or other component of the bank interleave controller **344**, receives data and corresponding status information and sends the data to the read data pipeline **108** while sending the status information on to the control and status registers **340**. Typically, a read data command forwarded from bus arbiter **420** to the storage bus controller **348** will cause the MUX **350** to gate the read data on storage I/O bus **210** to the read data pipeline **108**

**36**

and send status information to the appropriate control and status registers **340** through the status MUX **422**.

The bus arbiter **420** coordinates the various command types and data access modes so that only an appropriate command type or corresponding data is on the bus at any given time. If the bus arbiter **420** has selected a write command, and write subcommands and corresponding data are being written to the solid-state storage **110**, the bus arbiter **420** will not allow other command types on the storage I/O bus **210**. Beneficially, the bus arbiter **420** uses timing information, such as predicted command execution times, along with status information received concerning bank **214** status to coordinate execution of the various commands on the bus with the goal of minimizing or eliminating idle time of the busses.

The master controller **224** through the bus arbiter **420** typically uses expected completion times of the commands stored in the queues **410**, **412**, **414**, **416**, along with status information, so that when the subcommands associated with a command are executing on one bank **214***a*, other subcommands of other commands are executing on other banks **214***b-n*. When one command is fully executed on a bank **214***a*, the bus arbiter **420** directs another command to the bank **214***a*. The bus arbiter **420** may also coordinate commands stored in the queues **410**, **412**, **414**, **416** with other commands that are not stored in the queues **410**, **412**, **414**, **416**.

For example, an erase command may be sent out to erase a group of erase blocks within the solid-state storage **110**. An erase command may take 10 to 1000 times more time to execute than a write or a read command or 10 to 100 times more time to execute than a program command. For N banks **214**, the bank interleave controller **344** may split the erase command into N commands, each to erase a virtual erase block of a bank **214***a*. While bank-0 **214***a* is executing an erase command, the bus arbiter **420** may select other commands for execution on the other banks **214***b-n*. The bus arbiter **420** may also work with other components, such as the storage bus controller **348**, the master controller **224**, etc., to coordinate command execution among the buses. Coordinating execution of commands using the bus arbiter **420**, bank controllers **418**, queues **410**, **412**, **414**, **416**, and agents **402**, **404**, **406**, **408** of the bank interleave controller **344** can dramatically increase performance over other solid-state storage systems without a bank interleave function.

In one embodiment, the solid-state controller **104** includes one bank interleave controller **344** that serves all of the storage elements **216**, **218**, **220** of the solid-state storage **110**. In another embodiment, the solid-state controller **104** includes a bank interleave controller **344** for each row of storage elements **216***a-m*, **218***a-m*, **220***a-m*. For example, one bank interleave controller **344** serves one row of storage elements SSS **0.0**-SSS **0**.N **216***a*, **218***a*, **220***a*, a second bank interleave controller **344** serves a second row of storage elements SSS **1.0**-SSS **1**.N **216***b*, **218***b*, **220***b*, etc.

FIG. **4**B is a schematic block diagram illustrating an alternate embodiment **401** of a bank interleave controller **344** in the solid-state storage controller **104** in accordance with the present invention. The components **210**, **212**, **340**, **346**, **348**, **350**, **402-430** depicted in the embodiment shown in FIG. **4**B are substantially similar to the bank interleave apparatus **400** described in relation to FIG. **4**A except that each bank **214** includes a single queue **432***a-n* and the read commands, write commands, erase commands, management commands, etc. for a bank (e.g. Bank-0 **214***a*) are directed to a single queue **432***a* for the bank **214***a*. The queues **432**, in one embodiment, are FIFO. In another embodiment, the queues **432** can have commands pulled from the queues **432** in an order other than the order they were stored. In another alternate embodiment

37

(not shown), the read agent **402**, write agent **404**, erase agent **406**, and management agent **408** may be combined into a single agent assigning commands to the appropriate queues **432***a-n*.

In another alternate embodiment (not shown), commands are stored in a single queue where the commands may be pulled from the queue in an order other than how they are stored so that the bank interleave controller **344** can execute a command on one bank **214***a* while other commands are executing on the remaining banks **214***b-n*. One of skill in the art will easily recognize other queue configurations and types to enable execution of a command on one bank **214***a* while other commands are executing on other banks **214***b-n*.
Storage-Specific Components

The solid-state storage controller **104** includes a synchronization buffer **346** that buffers commands and status messages sent and received from the solid-state storage **110**. The synchronization buffer **346** is located at the boundary between the solid-state storage clock domain and the local bus clock domain and provides buffering to account for the clock domain differences. The synchronization buffer **346**, write synchronization buffer **308**, and read synchronization buffer **328** may be independent or may act together to buffer data, commands, status messages, etc. In the preferred embodiment, the synchronization buffer **346** is located where there are the fewest number of signals crossing the clock domains. One skilled in the art will recognize that synchronization between clock domains may be arbitrarily moved to other locations within the solid-state storage device **102** in order to optimize some aspect of design implementation.

The solid-state storage controller **104** includes a storage bus controller **348** that interprets and translates commands for data sent to and read from the solid-state storage **110** and status messages received from the solid-state storage **110** based on the type of solid-state storage **110**. For example, the storage bus controller **348** may have different timing requirements for different types of storage, storage with different performance characteristics, storage from different manufacturers, etc. The storage bus controller **348** also sends control commands to the storage control bus **212**.

In the preferred embodiment, the solid-state storage controller **104** includes a MUX **350** that comprises an array of multiplexers **350***a-n* where each multiplexer is dedicated to a row in the solid-state storage array **110**. For example, multi-plexer **350***a* is associated with solid-state storage elements **216***a*, **218***a*, **220***a*. MUX **350** routes the data from the write data pipeline **106** and commands from the storage bus controller **348** to the solid-state storage **110** via the storage I/O bus **210** and routes data and status messages from the solid-state storage **110** via the storage I/O bus **210** to the read data pipeline **108** and the control and status registers **340** through the storage bus controller **348**, synchronization buffer **346**, and bank interleave controller **344**.

In the preferred embodiment, the solid-state storage controller **104** includes a MUX **350** for each row of solid-state storage elements (e.g. SSS **0.1 216***a*, SSS **0.2 218***a*, SSS **0.N 220***a*). A MUX **350** combines data from the write data pipeline **106** and commands sent to the solid-state storage **110** via the storage I/O bus **210** and separates data to be processed by the read data pipeline **108** from commands. Packets stored in the write buffer **320** are directed on busses out of the write buffer **320** through a write synchronization buffer **308** for each row of solid-state storage elements (SSS x.0 to SSS x.N **216**, **218**, **220**) to the MUX **350** for each row of solid-state storage elements (SSS x.0 to SSS x.N **216**, **218**, **220**). The commands and read data are received by the MUXes **350**

38

from the storage I/O bus **210**. The MUXes **350** also direct status messages to the storage bus controller **348**.

The storage bus controller **348** includes a mapping module **424**. The mapping module **424** maps a logical address of an erase block to one or more physical addresses of an erase block. For example, a solid-state storage **110** with an array of twenty storage elements (e.g. SSS **0.0** to SSS M.0 **216**) per block **214***a* may have a logical address for a particular erase block mapped to twenty physical addresses of the erase block, one physical address per storage element. Because the storage elements are accessed in parallel, erase blocks at the same position in each storage element in a row of storage elements **216***a*, **218***a*, **220***a* will share a physical address. To select one erase block (e.g. in storage element SSS **0.0 216***a*) instead of all erase blocks in the row (e.g. in storage elements SSS **0.0**, **0.1**, . . . **0.N 216***a*, **218***a*, **220***a*), one bank (in this case bank-**0 214***a*) is selected.

This logical-to-physical mapping for erase blocks is beneficial because if one erase block becomes damaged or inaccessible, the mapping can be changed to map to another erase block. This mitigates the loss of losing an entire virtual erase block when one element's erase block is faulty. The remapping module **430** changes a mapping of a logical address of an erase block to one or more physical addresses of a virtual erase block (spread over the array of storage elements). For example, virtual erase block **1** may be mapped to erase block **1** of storage element SSS **0.0 216***a*, to erase block **1** of storage element SSS1.0 **216***b*, . . . , and to storage element M.0 **216***m*, virtual erase block **2** may be mapped to erase block **2** of storage element SSS **0.1 218***a*, to erase block **2** of storage element SSS **1.1 218***b*, . . . , and to storage element M.1 **218***m*, etc.

If erase block **1** of a storage element SSS**0.0 216***a* is damaged, experiencing errors due to wear, etc., or cannot be used for some reason, the remapping module **430** could change the logical-to-physical mapping for the logical address that pointed to erase block **1** of virtual erase block **1**. If a spare erase block (call it erase block **221**) of storage element SSS **0.0 216***a* is available and currently not mapped, the remapping module **430** could change the mapping of virtual erase block **1** to point to erase block **221** of storage element SSS **0.0 216***a*, while continuing to point to erase block **1** of storage element SSS1.0 **216***b*, erase block **1** of storage element SSS **2.0** (not shown) . . . , and to storage element M.0 **216***m*. The mapping module **424** or remapping module **430** could map erase blocks in a prescribed order (virtual erase block **1** to erase block **1** of the storage elements, virtual erase block **2** to erase block **2** of the storage elements, etc.) or may map erase blocks of the storage elements **216**, **218**, **220** in another order based on some other criteria.

In one embodiment, the erase blocks could be grouped by access time. Grouping by access time, meaning time to execute a command, such as programming (writing) data into pages of specific erase blocks, can level command completion so that a command executed across the erase blocks of a virtual erase block is not limited by the slowest erase block. In other embodiments, the erase blocks may be grouped by wear level, health, etc. One of skill in the art will recognize other factors to consider when mapping or remapping erase blocks.

In one embodiment, the storage bus controller **348** includes a status capture module **426** that receives status messages from the solid-state storage **110** and sends the status messages to the status MUX **422**. In another embodiment, when the solid-state storage **110** is flash memory, the storage bus controller **348** includes a NAND bus controller **428**. The NAND bus controller **428** directs commands from the read and write data pipelines **106**, **108** to the correct location in the solid-

US 8,762,658 B2

39

state storage **110**, coordinates timing of command execution based on characteristics of the flash memory, etc. If the solid-state storage **110** is another solid-state storage type, the NAND bus controller **428** would be replaced by a bus controller specific to the storage type. One of skill in the art will recognize other functions of a NAND bus controller **428**.

Flow Charts

FIG. **5** is a schematic flow chart diagram illustrating one embodiment of a method **500** for managing data in a solid-state storage device **102** using a data pipeline in accordance with the present invention. The method **500** begins **502** and the input buffer **306** receives **504** one or more data segments to be written to the solid-state storage **110**. The one or more data segments typically include at least a portion of an object but may be an entire object. The packetizer **302** may create one or more object specific packets in conjunction with an object. The packetizer **302** adds a header to each packet which typically includes the length of the packet and a sequence number for the packet within the object. The packetizer **302** receives **504** the one or more data or metadata segments that were stored in the input buffer **306** and packetizes **506** the one or more data or metadata segments by creating one or more packets sized for the solid-state storage **110** where each packet includes one header and data from the one or more segments.

Typically, a first packet includes an object identifier that identifies the object for which the packet was created. A second packet may include a header with information used by the solid-state storage device **102** to associate the second packet to the object identified in the first packet and offset information locating the second packet within the object, and data. The solid-state storage device controller **202** manages the bank **214** and physical area to which the packets are streamed.

The ECC generator **304** receives a packet from the packetizer **302** and generates **508** ECC for the data packets. Typically, there is no fixed relationship between packets and ECC blocks. An ECC block may comprise one or more packets. A packet may comprise one or more ECC blocks. A packet may start and end anywhere within an ECC block. A packet may start anywhere in a first ECC block and end anywhere in a subsequent ECC block.

The write synchronization buffer **308** buffers **510** the packets as distributed within the corresponding ECC blocks prior to writing ECC blocks to the solid-state storage **110** and then the solid-state storage controller **104** writes **512** the data at an appropriate time considering clock domain differences, and the method **500** ends **514**. The write synch buffer **308** is located at the boundary between a local clock domain and a solid-state storage **110** clock domain. Note that the method **500** describes receiving one or more data segments and writing one or more data packets for convenience, but typically a stream of data segments is received and a group. Typically a number of ECC blocks comprising a complete virtual page of solid-state storage **110** are written to the solid-state storage **110**. Typically the packetizer **302** receives data segments of one size and generates packets of another size. This necessarily requires data or metadata segments or parts of data or metadata segments to be combined to form data packets to capture all of the data of the segments into packets.

FIG. **6** is a schematic flow chart diagram illustrating another embodiment of a method **600** for managing data in a solid-state storage device **102** using a data pipeline in accordance with the present invention. The method **600** begins **602** and the input buffer **306** receives **604** one or more data or metadata segments to be written to the solid-state storage **110**.

40

The packetizer **302** adds a header to each packet which typically includes the length of the packet within the object. The packetizer **302** receives **604** the one or more segments that were stored in the input buffer **306** and packetizes **606** the one or more segments by creating one or more packets sized for the solid-state storage **110** where each packet includes a header and data from the one or more segments.

The ECC generator **304** receives a packet from the packetizer **302** and generates **608** one or more ECC blocks for the packets. The write synchronization buffer **308** buffers **610** the packets as distributed within the corresponding ECC blocks prior to writing ECC blocks to the solid-state storage **110** and then the solid-state storage controller **104** writes **612** the data at an appropriate time considering clock domain differences. When data is requested from the solid-state storage **110**, ECC blocks comprising one or more data packets are read into the read synchronization buffer **328** and buffered **614**. The ECC blocks of the packet are received over the storage I/O bus **210**. Since the storage I/O bus **210** is bi-directional, when data is read, write operations, command operations, etc. are halted.

The ECC correction module **322** receives the ECC blocks of the requested packets held in the read synchronization buffer **328** and corrects **616** errors within each ECC block as necessary. If the ECC correction module **322** determines that one or more errors exist in an ECC block and the errors are correctable using the ECC syndrom, the ECC correction module **322** corrects **616** the error in the ECC block. If the ECC correction module **322** determines that a detected error is not correctable using the ECC, the ECC correction module **322** sends an interrupt.

The depacketizer **324** receives **618** the requested packet after the ECC correction module **322** corrects any errors and depacketizes **618** the packets by checking and removing the packet header of each packet. The alignment module **326** receives packets after depacketizing, removes unwanted data, and re-formats **620** the data packets as data or metadata segments of an object in a form compatible with the device requesting the segment or object. The output buffer **330** receives requested packets after depacketizing and buffers **622** the packets prior to transmission to the requesting device **155**, and the method **600** ends **624**.

FIG. **7** is a schematic flow chart diagram illustrating an embodiment of a method **700** for managing data in a solid-state storage device **102** using a bank interleave in accordance with the present invention. The method **700** begins **702** and the bank interleave controller **344** directs **604** one or more commands to two or more queues **410, 412, 414, 416**. Typically the agents **402, 404, 406, 408** direct **704** the commands to the queues **410, 412, 414, 416** by command type. Each set of queues **410, 412, 414, 416** includes a queue for each command type. The bank interleave controller **344** coordinates **706** among the banks **214** execution of the commands stored in the queues **410, 412, 414, 416** so that a command of a first type executes on one bank **214a** while a command of a second type executes on a second bank **214b**, and the method **700** ends **708**.

Storage Space Recovery

FIG. **8** is a schematic block diagram illustrating one embodiment of an apparatus **800** for garbage collection in a solid-state storage device **102** in accordance with the present invention. The apparatus **800** includes a sequential storage module **802**, a storage division selection module **804**, a data recovery module **806**, and a storage division recovery module **808**, which are described below. In other embodiments, the apparatus **800** includes a garbage marking module **812** and an erase module **810**.

US 8,762,658 B2

41

The apparatus **800** includes a sequential storage module **802** that sequentially writes data packets in a page within a storage division. The packets are sequentially stored whether they are new packets or modified packets. Modified packets are in this embodiment are typically not written back to a location where they were previously stored. In one embodiment, the sequential storage module **802** writes a packet to a first location in a page of a storage division, then to the next location in the page, and to the next, and the next, until the page is filled. The sequential storage module **802** then starts to fill the next page in the storage division. This continues until the storage division is filled.

In a preferred embodiment, the sequential storage module **802** starts writing packets to storage write buffers in the storage elements (e.g. SSS **0.0** to SSS M.0 **216**) of a bank (bank-0 **214***a*). When the storage write buffers are full, the solid-state storage controller **104** causes the data in the storage write buffers to be programmed into designated pages within the storage elements **216** of the bank **214***a*. Then another bank (e.g. bank-1 **214***b*) is selected and the sequential storage module **802** starts writing packets to storage write buffers of the storage elements **218** of the bank **214***b* while the first bank-0 **214***a* is programming the designated pages. When the storage write buffers of this bank **214***b* are full, the contents of the storage write buffers are programmed into another designated page in each storage element **218**. This process is efficient because while one bank **214***a* is programming a page, storage write buffers of another bank **214***b* can be filling.

The storage division includes a portion of a solid-state storage **110** in a solid-state storage device **102**. Typically the storage division is an erase block. For flash memory, an erase operation on an erase block writes ones to every bit in the erase block by charging each cell. This is a lengthy process compared to a program operation which starts with a location being all ones, and as data is written, some bits are changed to zero by discharging the cells written with a zero. However, where the solid-state storage **110** is not flash memory or has flash memory where an erase cycle takes a similar amount of time as other operations, such as a read or a program, the storage division may not be required to be erased.

As used herein, a storage division is equivalent in area to an erase block but may or may not be erased. Where erase block is used herein, an erase block may refer to a particular area of a designated size within a storage element (e.g. SSS **0.0 216***a*) and typically includes a certain quantity of pages. Where "erase block" is used in conjunction with flash memory, it is typically a storage division that is erased prior to being written. Where "erase block" is used with "solid-state storage," it may or may not be erased. As used herein, an erase block may include one erase block or a group of erase blocks with one erase block in each of a row of storage elements (e.g. SSS **0.0** to SSS M.0 **216***a-n*), which may also be referred to herein as a virtual erase block. When referring to the logical construct associated with the virtual erase block, the erase blocks may be referred to herein as a logical erase block ("LEB").

Typically, the packets are sequentially stored by order of processing. In one embodiment, where a write data pipeline **106** is used, the sequential storage module **802** stores packets in the order that they come out of the write data pipeline **106**. This order may be a result of data segments arriving from a requesting device **155** mixed with packets of valid data that are being read from another storage division as valid data is being recovered from a storage division during a recovery operation as explained below. Re-routing recovered, valid data packets to the write data pipeline **106** may include the

42

garbage collector bypass **316** as described above in relation to the solid-state storage controller **104** of FIG. **3**.

The apparatus **800** includes a storage division selection module **804** that selects a storage division for recovery. Selecting a storage division for recovery may be to reuse the storage division by the sequential storage module **802** for writing data, thus adding the recovered storage division to the storage pool, or to recover valid data from the storage division after determining that the storage division is failing, unreliable, should be refreshed, or other reason to take the storage division temporarily or permanently out of the storage pool. In another embodiment, the storage division selection module **804** selects a storage division for recovery by identifying a storage division or erase block with a high amount of invalid data.

In another embodiment, the storage division selection module **804** selects a storage division for recovery by identifying a storage division or erase block with a low amount of wear. For example, identifying a storage division or erase block with a low amount of wear may include identifying a storage division with a low amount of invalid data, a low number of erase cycles, low bit error rate, or low program count (low number of times a page of data in a buffer is written to a page in the storage division; program count may be measured from when the device was manufactured, from when the storage division was last erased, from other arbitrary events, and from combinations of these). The storage division selection module **804** may also use any combination of the above or other parameters to determine a storage division with a low amount of wear. Selecting a storage division for recovery by determining a storage division with a low amount of wear may be desirable to find storage divisions that are under used, may be recovered for wear leveling, etc.

In another embodiment, the storage division selection module **804** selects a storage division for recovery by identifying a storage division or erase block with a high amount of wear. For example, identifying a storage division or erase block with a high amount of wear may include identifying a storage division with a high number of erase cycles, high bit error rate, a storage division with a non-recoverable ECC block, or high program count. The storage division selection module **804** may also use any combination of the above or other parameters to determine a storage division with a high amount of wear. Selecting a storage division for recovery by determining a storage division with a high amount of wear may be desirable to find storage divisions that are over used, may be recovered by refreshing the storage division using an erase cycle, etc. or to retire the storage division from service as being unusable.

The apparatus **800** includes a data recovery module **806** that reads valid data packets from the storage division selected for recovery, queues the valid data packets with other data packets to be written sequentially by the sequential storage module **802**, and updates an index with a new physical address of the valid data written by the sequential storage module **802**. Typically, the index is the object index mapping data object identifiers of objects to physical addresses of where packets derived from the data object are stored in the solid-state storage **110**.

In one embodiment the apparatus **800** includes a storage division recovery module **808** that prepares the storage division for use or reuse and marks the storage division as available to the sequential storage module **802** for sequentially writing data packets after the data recovery module **806** has completed copying valid data from the storage division. In another embodiment, the apparatus **800** includes a storage division recovery module **808** that marks the storage division

US 8,762,658 B2

43
44

selected for recovery as unavailable for storing data. Typically this is due to the storage division selection module **804** identifying a storage division or erase block with a high amount of wear such that the storage division or erase block is not in condition to be used for reliable data storage.

In one embodiment, the apparatus **800** is in a solid-state storage device controller **202** of a solid-state storage device **102**. In another embodiment, the apparatus **800** controls a solid-state storage device controller **202**. In another embodiment, a portion of the apparatus **800** is in a solid-state storage device controller **202**. In another embodiment, the object index updated by the data recovery module **806** is also located in the solid-state storage device controller **202**

In one embodiment, the storage division is an erase block and the apparatus **800** includes an erase module **810** that erases an erase block selected for recovery after the data recovery module **806** has copied valid data packets from the selected erase block and before the storage division recovery module **808** marks the erase block as available. For flash memory and other solid-state storage with an erase operation taking much longer than read or write operations, erasing a data block prior to making it available for writing new data is desirable for efficient operation. Where the solid-state storage **110** is arranged in banks **214**, the erase operation by the erase module **810** may be executed on one bank while other banks **214** are executing reads, writes, or other operations.

In one embodiment, the apparatus **800** includes a garbage marking module **812** that identifies a data packet in a storage division as invalid in response to an operation indicating that the data packet is no longer valid. For example, if a data packet is deleted, the garbage marking module **812** may identify the data packet as invalid. A read-modify-write operation is another way for a data packet to be identified as invalid. In one embodiment, the garbage marking module **812** may identify the data packet as invalid by updating an index. In another embodiment, the garbage marking module **812** may identify the data packet as invalid by storing another data packet that indicates that the invalid data packet has been deleted. This is advantageous because storing, in the solid-state storage **110**, information that the data packet has been deleted allows the object index reconstruction module **272** or similar module to reconstruct the object index with an entry indicating that the invalid data packet has been deleted.

In one embodiment, the apparatus **800** may be utilized to fill the remainder of a virtual page of data following a flush command in order to improve overall performance, where the flush command halts data flowing into the write pipeline **106** until the write pipeline **106** empties and all packets have been permanently written into non-volatile solid-state storage **110**. This has the benefit of reducing the amount of garbage collection required, the amount of time used to erase storage divisions, and the amount of time required to program virtual pages. For example, a flush command may be received when only one small packet is prepared for writing into the virtual page of the solid-state storage **110**. Programming this nearly empty virtual page might result in a need to immediately recover the wasted space, causing the valid data within the storage division to be unnecessarily garbage collected and the storage division erased, recovered and returned to the pool of available space for writing by the sequential storage module **802**.

Marking the data packet as invalid rather than actually erasing an invalid data packet is efficient because, as mentioned above, for flash memory and other similar storage an erase operation takes a significant amount of time. Allowing a garbage collection system, as described in the apparatus **800**, to operate autonomously within the solid-state storage

**110** provides a way to separate erase operations from reads, writes, and other faster operations so that the solid-state storage device **102** can operate much faster than many other solid-state storage systems or data storage devices.

FIG. **9** is a schematic flow chart diagram illustrating an embodiment of a method **900** for storage recovery in accordance with the present invention. The method **900** begins **902** and the sequential storage module **802** sequentially writes **904** data packets in a storage division. The storage division is a portion of a solid-state storage **110** in a solid-state storage device **102**. Typically a storage division is an erase block. The data packets are derived from an object and the data packets are sequentially stored by order of processing.

The storage division selection module **804** selects **906** a storage division for recovery and the data recovery module **806** reads **908** valid data packets from the storage division selected for recovery. Typically valid data packets are data packets that have not been marked for erasure or deletion or some other invalid data marking and are considered valid or "good" data. The data recovery module **806** queues **910** the valid data packets with other data packets scheduled to be written sequentially by the sequential storage module **802**. The data recovery module **806** updates **912** an index with a new physical address of the valid data written by the sequential storage module **802**. The index includes a mapping of physical addresses of data packets to object identifiers. The data packets are those stored in stored in the solid-state storage **110** and the object identifiers correspond to the data packets.

After the data recovery module **806** completes copying valid data from the storage division, the storage division recovery module **808** marks **914** the storage division selected for recovery as available to the sequential storage module **802** for sequentially writing data packets and the method **900** ends **916**.

Empty Data Segment Directive

Typically, when data is no longer useful it may be erased. In many file systems, an erase command deletes a directory entry in the file system while leaving the data in place in the storage device containing the data. Typically, a data storage device is not involved in this type of erase operation. Another method of erasing data is to write zeros, ones, or some other null data character to the data storage device to actually replace the erased file. However, this is inefficient because valuable bandwidth is used while transmitting the data is being overwritten. In addition, space in the storage device is taken up by the data used to overwrite invalid data.

In some storage devices, like the solid-state storage device **102** described herein, updating previously stored data does not overwrite existing data. Attempting to overwrite data with a string of ones or a string of zeros on such a device takes up valuable space without fulfilling the desired intent of overwriting the existing data. For these devices, such as solid-state storage devices **102**, a client **114** typically does not have an ability to overwrite data to erase it.

When receiving a string of repeated characters or character strings, the received data is highly compressible, but typically compression is done by a file system prior to transmission to a storage device. A typical storage device cannot distinguish between compressed data and uncompressed data. The storage device may also receive a command to read the erased file so the storage device may transmit a stream of zeros, ones, or a null character to the requesting device. Again, bandwidth is required to transmit data representing the erased file.

From the foregoing discussion, it should be apparent that a need exists for an apparatus, system, and method for a storage device to receive a directive that data is to be erased so that the

US 8,762,658 B2

45

46

storage device can store a data segment token that represents an empty data segment or data with repeated characters or character strings. The apparatus, system, and method may also erase the existing data so that the resulting used storage space comprises the small data segment token. An apparatus, system, and method are presented that overcome some or all of the shortcomings of the prior art.

FIG. **10** is a schematic block diagram illustrating one embodiment of a system **1000** with an apparatus for generating a token directive in accordance with the present invention. The apparatus includes a token directive generation module **1002**, a token directive transmission module **1004**, a read receiver module **1006**, a read request transmission module **1008**, a read token directive receiver module **1010**, a requesting client response module **1012**, and data segment regeneration module **1014**, which are described below. In one embodiment, the apparatus is in a server **112** connected to a storage device **150** with a storage controller **152** and a data storage device **154**, which are substantially similar to those described above.

In one embodiment, the apparatus includes a token directive generation module **1002** that generates a storage request with a token directive. The token directive includes a request to store a data segment token on the storage device **150**. The token directive is intended to be substituted for a series of repeated, identical characters or a series of repeated, identical character strings that would be sent to the storage device **150** and stored as a data segment if the data segment token was not sent in its place. In one embodiment, the series of repeated, identical characters indicate that the data segment is empty. For example, the series of repeated, identical characters may be zeros or ones and a data segment filled with zeros or ones may be interpreted as empty.

The token directive includes at least a data segment identifier and a data segment length. The data segment identifier is typically an object ID, file name, or other identifier known to a file system, application, server **112**, etc. seeking to store the repeated, identical characters or character string on the storage device. The data segment length is typically the storage space required by the series of repeated, identical characters or character strings. The data segment token and the token directive typically do not include data of the data segment, such as the series of repeated, identical characters.

The token directive may, however, include other pertinent information for forming the data segment token, such as at least one instance of the repeated, identical character or character string. The token directive may also include metadata, such as a data segment location, an address from a file system, location on a data storage device corresponding to the data segment, etc. One of skill in the art will recognize other information that may be included with a token directive. In one embodiment, the token directive generation module **1002** generates a data segment token along with the token directive.

In one embodiment, the token directive generation module **1002** generates both a token directive and a secure erase command in response to a request to overwrite existing data on the storage device **150**. The existing data includes data identified on the storage device **150** with the same data segment identifier as the data segment identifier in the token directive. Typically, a request to overwrite data is sent where it is not sufficient to merely mark data as invalid or garbage, delete a pointer to the data, or other typical delete operation, but where the data is required to be overwritten in such a way that the data is not recoverable. For example, the request to overwrite the data may be required where data is considered sensitive information and must be destroyed for security reasons.

The secure erase command directs the storage device **150** to overwrite existing data so that the existing data is non-recoverable. The storage device **150** then creates the data segment token as well as overwrites, recovers, erases, etc. the existing data. As a result, the existing data is non-recoverable and the data segment token is stored on the storage device **150**, which typically takes much less storage space than the existing data.

In a further embodiment, the apparatus includes an erase confirmation module **1016** that receives a confirmation that the existing data on the storage device **150** has been overwritten with characters so that the existing data is non-recoverable. The confirmation may be forwarded to a requesting device or client **114** and may be used to verify that the existing data has been put in a condition where it is non-recoverable. In other embodiments, the secure erase command may direct the storage device **150** to overwrite the existing data with a specific character or character string or the execute command may be executed multiple times. One of skill in the art will recognize other ways to configure one or more secure erase commands to ensure the existing data is non-recoverable.

Data may be encrypted and then stored on a storage device **150** where encryption is accomplished using an encryption key received by the storage device **150** in conjunction with storing the data. Where the existing data is encrypted with this received encryption key before being stored, in another embodiment the token directive generation module **1002** generates an encryption erase command along with generating a token directive in response to receiving a request to overwrite the existing data. The encryption erase command erases the encryption key used to store the existing data so that the encryption key is non-recoverable.

In one embodiment, erasing the encryption key includes erasing the encryption key from the requesting device. In another embodiment, erasing the encryption key includes erasing the encryption key from a server, key vault, or other location where the encryption key is stored. Erasing the encryption key may include replacing the encryption key with other data or with a series of characters so that the encryption key cannot be recovered in any way. Erasing the encryption key typically makes the existing data on the storage device **150** non-recoverable where an encryption routine was used to encrypt the existing data that is robust enough to thwart attempts to decrypt the existing data. The request to overwrite the existing data could be a secure erase directive where the data is overwritten for security reasons, a request to overwrite data to erase the data, a request that seeks to replace the existing data with the repeated, identical characters or character strings, or the like. In one embodiment, a secure erase directive causes devices to both securely erase the encryption key and securely erase the existing data. In one embodiment, erasure of the encryption key may allow secure erasure of the data on the storage device **150** to be postponed until a garbage collection process erases the data as part of a storage space recovery process. One of skill in the art will recognize other ways to erase an encryption key and other ways to receive a request to overwrite existing data.

In one embodiment, a token directive includes the data segment token and the token directive transmission module **1004** transmits the data segment token with the token directive. In another embodiment, a token directive does not include the data segment token and includes a command for the storage device **150** to generate the data segment token. In this embodiment, the token directive transmission module **1004** transmits the token directive with the command to generate a data segment token, but does not transmit a data segment token.

US 8,762,658 B2

47                                                        48

The apparatus includes a token directive transmission module **1004** that transmits the token directive to the storage device **150**. Typically, the token directive transmission module **1004** transmits the token directive as part of a storage request. The storage request may be in the form of an object request, a data request, or other form known to those of skill in the art. Where the token directive generation module **1002** generates a secure erase directive, the token directive transmission module **1004** transmits the secure erase directive to the storage device **150**. Where the token directive generation module **1002** generates an erase encryption key command, the erase encryption key command is transmitted, where necessary, to another device to execute the command.

In one embodiment, the token directive transmission module **1004** transmits a token directive without a data segment token. In this embodiment, the token directive includes instructions and information for the storage device **150** to create a data segment token. In another embodiment, the token directive transmission module **1004** transmits a token directive that includes a data segment token. In this embodiment, the storage device **150** is capable of recognizing that the data segment token received with the token directive represents a data segment and takes appropriate action to store the data segment token such that the data segment token represents the data segment rather than merely storing the data segment token as ordinary data.

The apparatus, in a particular embodiment, includes a read receiver module **1006** that receives a storage request to read the data segment from the storage device **150** and a read request transmission module **1008** that transmits the storage request to the storage device **150**. Typically, the storage request is received from a requesting client **114**, such as an external client **114**, a client **114** internal to the server **112**, such as an application or file server running on the server **112**, etc. One of skill in the art will recognize other devices and software functioning as a requesting client **114** from which the read receiver module **1006** can receive a storage request.

The storage request includes a request to read the data segment corresponding to the data segment token requested to be stored in the token directive transmitted to the storage device **150** by the token directive transmission module **1004**. The requesting client **114**, in one embodiment, is unaware that the data segment has been stored in the form of a data segment token. In another embodiment, the requesting device is aware that the data segment has been stored as a data segment token but is unaware of the information stored in the data segment token.

The apparatus, in the particular embodiment, also includes a read token directive receiver module **1010** that receives a message corresponding to the requested data segment token **150** from the storage device **150**, where the message includes at least the data segment identifier and the data segment length. The message typically does not include data of the data segment. The message may also include other information stored in the data segment token, such as a data segment location or the repeated, identical character or character string. In the particular embodiment, the apparatus includes a requesting client response module **1012** that transmits a response to the requesting client **113** formulated from the message received from the storage device **150**.

In one embodiment, read token directive receiver module **1010** also receives in the message a confirmation that existing data has been overwritten with characters such that the existing data is non-recoverable, where the existing data has been previously stored on the storage device **150** and referenced with the same data segment identifier from the data segment token received in the message. The confirmation may also be

received from the storage device **150** independently from any storage request to read the data segment.

In another embodiment, where the requesting client **114** requires the data segment, the apparatus includes a data segment regeneration module **1014** that reconstitutes data of the data segment using information contained in the message. In this case, the response sent to the requesting client includes the reconstituted data segment. In another embodiment, the response sent to the requesting client includes information contained in the message received from the storage device **150**. The requesting client **114** may then reconstitute the data segment or use the information in some other way. In another embodiment, the message includes the data segment token. The data segment token may be used by the data segment regeneration module **1014** to reconstitute the data segment before forwarding to the requesting client **114** or the requesting client response module **1012** may simply forward the data segment token.

In one embodiment, the storage request with the token directive also includes a request to reserve storage space on the storage device **150**, where the requested reserved storage space is an amount of storage space that is about the same to the data segment length. In another embodiment, the request to reserve storage space is for an amount of storage space different than the data segment length. For example, if the storage device **150** is a solid-state storage device **102**, the solid-state storage device **102** may be connected to a hard drive or other long-term, inexpensive storage while the solid-state storage **110** is configured as cache for the long-term storage. The request to reserve storage may cause the solid-state storage device **102** to flush a portion of the cache to the long-term storage in preparation for writing data to the solid-state storage device **102**. One of skill in the art will recognize other situations were a request to reserve storage space is desired.

In one embodiment, an apparatus may be provided with a read receiver module **1006**, a read request transmission module **1008**, a read token directive receiver module **1010**, and a requesting client response module **1012**, which are substantially similar to those described above. In the embodiment, the modules **1006-1012** may be independent from an apparatus including a token directive generation module **1002** or a token directive transmission module **1004**. In one embodiment, the apparatus includes a data segment regeneration module **1014**, which is substantially similar to the data segment regeneration module **1014** described above.

FIG. **11** is a schematic flow chart diagram illustrating an embodiment of a method **1100** for generating and transmitting a token directive in accordance with the present invention. The method **1100** begins **1102** and the token directive generation module **1002** generates **1104** a storage request with a token directive, where the token directive includes a request to store a data segment token on the storage device **150**. The token directive transmission module **1004** transmits **1106** the token directive to the storage device **150** and the method **1100** ends **1108**. In one embodiment, the storage request includes a token directive to store the data segment token where the storage request is essentially free from data of the data segment. In another embodiment, storage request includes data from the data segment. In a preferred embodiment, a software application creates a storage request using the token directive so as to avoid the creation of the data segment. In another embodiment, a software application requests the creation of the token directive.

FIG. **12** is a schematic flow chart diagram illustrating an embodiment of a method **1200** for reading a data segment token in accordance with the present invention. The method

US 8,762,658 B2

49

**1200** begins **1202** and the read receiver module **1006** receives **1204** a storage request to read a data segment from a storage device **150** from a requesting client **114**. The read request transmission module **1008** transmits **1206** the storage request to the storage device **150**.

The read token directive receiver module **1010** receives **1208** a message corresponding to the requested data segment token from the storage device **150**, where the message includes at least the data segment identifier and the data segment length. The message is substantially free from data of the data segment. The requesting client response module **1012** transmits **1210** a response to the requesting client formulated from the message received from the storage device **150** and the method **1200** ends **1212**.

FIG. **13** is a schematic block diagram illustrating one embodiment of a system **1300** with an apparatus for managing a data segment token in accordance with the present invention. The system **1300** includes an apparatus with a write request receiver module **1302** and a data segment token storage module **1304**, and in various embodiments a token generation module **1306**, a read request receiver module **1308**, a read data segment token module **1310**, a read request response module **1312** with a transmit data segment token module **1314** and a transmit data segment module **1316**, a reconstitute data segment module **1318**, a secure erase module **1320** with an erase confirmation module **1322**, and a storage space reservation module **1324**, which are described below. The system **1300** includes a storage device **150** with a storage controller **152** and a data storage device **154**, which are substantially similar to those described above. The system **1300** includes a requesting device **1326**, which is described below, in communication with the storage device **150**.

In the depicted embodiment, the modules **1302-1324** are included in the storage device **150** or storage controller **152**. In another embodiment, at least a portion of one or more of the modules **1302-1324** is located outside the storage device **150**. In a further embodiment, the requesting device **1326** includes a portion of the modules **1302-1324** in the form of drivers, software, or other function of one or more of the modules **1302-1324**. For example, a token generation module **1306** and a reconstitute data segment module **1318** are shown in the requesting device **1326**. One of skill in the art will recognize other ways to distribute and implement the functionality of the modules **1302-1324**.

The apparatus includes a write request receiver module **1302** that receives a storage request from the requesting device **1326**, where the storage request includes a request to store a data segment in the storage device **150**. The data segment includes a series of repeated, identical characters or character strings. Typically, the series of repeated, identical characters signify that the data segment is empty. This is especially true when the series of repeated, identical characters are ones or zeros. The apparatus includes a data segment token storage module **1304** that stores a data segment token in the storage device **150**. The data segment token includes at least a data segment identifier and a data segment length. The data segment token is substantially free of the actual data from the data segment.

The data segment token may be stored in many forms. In one embodiment, includes an entry in an index, where the index corresponds to information and data stored on the storage device **150**. For example, the index may be an object index as described above in relation to the apparatus **200** depicted in FIG. **2**. The index may also be file system index, a block storage index, or other index known to those of skill in the art. In another embodiment, the data segment token includes or is in the form of metadata stored on the storage

50

device **150**. In another embodiment, the data segment token is stored as metadata on the storage device **150** and includes an entry in an index. One of skill in the art will recognize other ways to storage a data segment token.

In one embodiment, the storage request includes a token directive to store the data segment token where the storage request is essentially free from data of the data segment. The token directive may include the data segment token or a command to generate a data segment token. Where the token directive does not include the data segment token, the data segment token storage module **1304** generates the data segment token from information in the token directive. If the token directive includes the data segment token, the data segment token storage module **1304** recognizes the data segment token as a data structure representing the data segment identified by the data segment identifier in the token directive and stores the data segment token appropriately.

Typically, where the data segment token storage module **1304** recognizes a data segment token, the data segment token is differentiated in some way from other data stored on the storage device **150**. For example, a requesting device **1326** may merely compress data and send a compressed object, file, or data segment so that the storage device **150** does not distinguish the compressed data segment from other data received by way of other storage requests.

Where the data segment token storage module **1304** recognizes that a received data segment token is a data segment token, the data segment token storage module **1304** may store the data segment token in such a way that when read, it may appear as a data segment rather than the data segment token. One of skill in the art will recognize other ways that the data segment token storage module **1304** may store a data segment token after recognizing that a received data segment token is a data segment token rather than a data segment.

In another embodiment, storage request includes data from the data segment. In this embodiment, the apparatus includes a token generation module **1306** that generates a data segment token from the data segment, where the data segment token is created in response to the storage request to store the data segment. In a further embodiment, the token generation module **1306** resides in the requesting device **1326**, possibly in the form of a driver.

In one embodiment, the apparatus includes a secure erase module **1320** that overwrites existing data with characters such that the existing data is non-recoverable, where the existing data includes data of a data segment previously stored on the storage device **150** identified with the same data segment identifier as the data segment identified in the storage request. In this embodiment, a data segment token is stored with the data segment identifier and data segment length and existing data identified by the same data segment identifier stored in the data segment token is erased by overwriting the existing data. Typically the existing characters are overwritten by zeros, ones, or some other character string so that the existing data is destroyed and is non-recoverable.

In a further embodiment, the secure erase module **1320** also includes an erase confirmation module **1322** that transmits a message indicating that the existing data has been overwritten. Typically the message is sent to the requesting device **1326**. The erase confirmation message is transmitted after the secure erase module **1320** has overwritten the existing data. The message may be transmitted in the same transaction as the storage request or in a different transaction.

In another embodiment, the secure erase module **1320** overwrites the existing data during a storage space recovery operation. For example, if the storage device **150** is a solid-state storage device **102**, as described above, the storage

US 8,762,658 B2

51

space recovery operation may be related to the garbage collection describe in relation to the apparatus **800** depicted in FIG. **8**. However, a storage space recovery operation involving a request to overwrite the existing data would typically be expedited so that the storage location where the existing data is stored is necessarily recovered prior to any confirmation message is sent by the erase confirmation module **1322**. In one embodiment, the existing data is marked or otherwise identified to indicate that a secure erase has been requested. The confirmation message would typically not be sent until the existing data marked for erasure has been overwritten and made non-recoverable. In another embodiment, the secure erase module **1320** merely marks the existing data as invalid for later storage space recovery. In another embodiment, the secure erase updates an index to indicate that the existing data is invalid and prevents access to this data until the data is overwritten during later storage space recovery.

In one embodiment, the secure erase module **1320** overwrites the existing data each time a data segment token is stored. In another embodiment, the storage request specifically includes a request to overwrite the existing data and the secure erase module **1320** overwrites the existing data in response to the request to overwrite the existing data. In another embodiment, the secure erase module **1320** stores metadata information regarding confirmation that the existing data has been erased so that subsequent reads can indicate the erasure.

In other embodiments where a secure erase is not received, the existing data is deleted. In one embodiment, deleting the data includes deleting an index entry, address, etc. In a preferred embodiment, the when a data segment token is stored, the corresponding existing data is marked as invalid or otherwise ready for storage recovery. The data may be later recovered in a storage recovery operation, garbage collection operation, etc.

In a particular embodiment, the apparatus includes a read request receiver module **1308** that receives a storage request to read the data segment, a read data segment token module **1310** that reads the data segment token corresponding to the data segment requested by the storage request, and a read request response module **1312** that transmits a response to the requesting device **1326**. The response is generated using the data segment token corresponding to the requested data segment.

The storage request to read the data segment, in one embodiment, is associated with the storage request and serves to confirm that the storage request has been successful. In another embodiment, the request to read the data segment is independent from the storage request and may be initiated by the requesting device **1326** that made the storage request or another separate requesting device **1326**.

In one embodiment, where the requesting device **1326** is capable of receiving information from the data segment token in place of actual data, the read request response module **1312** includes a transmit data segment token module **1314** that transmits in the response a message to the requesting device **1326**. The message includes at least the data segment identifier and the data segment length, but may also include a data segment location, at least one instance of the repeated, identical character or character string, or other pertinent information. Typically, the message does not include the actual data of the data segment, other than what is included in the data segment token.

In another embodiment, where the requesting device **1326** is expecting to receive a data segment, the apparatus includes a reconstitute data segment module **1318** that reconstitutes data of the data segment using the data segment token. The

52

read request response module **1312** also includes a transmit data segment module **1316** that transmits the reconstituted requested data segment to the requesting device **1326**. In another embodiment, the reconstitute data segment module **1318** resides at the requesting device **1326**, possibly as in the form of a driver, and the transmit data segment token module **1314** transmits the message with the data segment token information to the requesting device **1326**. The reconstitute data segment module **1318** at the requesting device **1326** reconstitutes the requested data segment from the message.

In one embodiment, the system **1300** includes a separate apparatus that includes a read request receiver module **1308**, a read data segment token module **1310**, a read request response module **1312**, which are substantially similar to those described above. The apparatus may be independent from the apparatus including the write request receiver module **1302** and the data segment token storage module **1304**. In one embodiment, the read request response module **1312** includes a transmit data segment token module **1314** and/or a transmit data segment module **1316**, and the apparatus may include a reconstitute data segment module **1318**, where the modules **1314**, **1316**, **1318** are substantially similar to those described above.

FIG. **14** is a schematic flow chart diagram illustrating an embodiment of a method **1400** for storing a data segment token in accordance with the present invention. The method **1400** begins **1402** and the write request receiver module **1302** receives **1404** a storage request from the requesting device **1326**, where the storage request includes a request to store a data segment in the storage device **150**. The data segment includes a series of repeated, identical characters or character strings. The data segment token storage module **1304** stores **1406** a data segment token in the storage device **150** and the method **1400** ends **1408**. The data segment token includes at least a data segment identifier and a data segment length and the data segment token does not include data from the data segment for the most part.

FIG. **15** is a schematic flow chart diagram illustrating an embodiment of a method **1500** for reading a data segment token in accordance with the present invention. The method **1500** begins **1502** and the read request receiver module **1308** receives **1504** a storage request to read a data segment from the storage device **150**. The data segment is represented on the storage device **150** by a data segment token and the data segment includes a series of repeated, identical characters or character strings. The data segment token includes at least a data segment identifier and a data segment length and the data segment token does not include data from the data segment. The read data segment token module **1310** reads **1506** the data segment token corresponding to the data segment requested in the storage request, the read request response module **1312** transmits **1508** a response to the requesting storage device **150** and the method **1500** ends **1510**. The response is generated using the data segment token corresponds to the requested data segment.

The present invention may be embodied in other specific forms without departing from its spirit or essential characteristics. The described embodiments are to be considered in all respects only as illustrative and not restrictive. The scope of the invention is, therefore, indicated by the appended claims rather than by the foregoing description. All changes which come within the meaning and range of equivalency of the claims are to be embraced within their scope.

US 8,762,658 B2

53

54

What is claimed is:

1. An apparatus for managing data stored on a non-volatile storage medium, comprising:

a non-volatile storage medium;

a request receiver module configured to receive a message comprising a logical identifier, the message indicating that data associated with the logical identifier has been erased, wherein the logical identifier is mapped to a physical storage location of the non-volatile storage medium; and

a storage module configured to store persistent data on the non-volatile storage medium in response to the indication, wherein the persistent data is configured to indicate that the data associated with the logical identifier is erased.

2. The apparatus of claim 1, further comprising an index reconstruction module configured to reconstruct mappings between logical identifiers and physical storage locations of the non-volatile storage medium from contents of the non-volatile storage medium, wherein the reconstruction module is configured indicate that data of the logical identifier are erased based on the persistent data stored on the non-volatile storage medium.

3. The apparatus of claim 1, further comprising:

an index comprising mappings between logical identifiers and physical storage locations of the non-volatile storage medium; and

an index reconstruction module configured to reconstruct the mappings using contents of the non-volatile storage medium, wherein the index reconstruction module is configured to indicate that data associated with the logical identifier are erased based on the persistent data stored on the non-volatile storage medium.

4. The apparatus of claim 1, further comprising:

an index comprising a plurality of index entries comprising mappings between logical identifiers and physical storage locations of the non-volatile storage medium; and

an index reconstruction module configured to reconstruct the index entries from data stored on the non-volatile storage medium, wherein the index reconstruction module is configured to record an indication that data associated with the logical identifier are erased based on the persistent data stored on the non-volatile storage medium.

5. The apparatus of claim 4, wherein the index reconstruction module is configured to update the index to indicate that the data associated with the logical identifier are erased.

6. The apparatus of claim 4, wherein the indication comprises an index entry.

7. The apparatus of claim 4, wherein the indication comprises removing an entry from the index.

8. The apparatus of claim 1, further comprising a read request module configured to return an indication that the data of the logical identifier are erased in response a request pertaining to the logical identifier received while the data associated with the logical identifier remains on the physical storage location of the non-volatile storage medium.

9. The apparatus of claim 1, further comprising a marking module configured to record that contents of the physical storage location associated with the logical identifier no longer need to be retained on a non-volatile storage medium in response to the indication.

10. The apparatus of claim 1, further comprising a marking module configured to invalidate an index entry configured to associate the logical identifier with the physical storage location in response to the indication.

11. The apparatus of claim 1, further comprising a storage recovery module configured to recover a storage division comprising the physical storage location in response to the indication.

12. The apparatus of claim 1, further comprising an erase module configured to erase the physical storage location in response to the indication.

13. A system, comprising:

a processor;

an index module configured for operation on the processor, wherein the index module is configured to maintain an index comprising associations between logical identifiers and physical storage locations used to store data corresponding to the logical identifiers on a non-volatile storage medium;

a request receiver module configured to receive a hint comprising a logical identifier, wherein the hint is configured to indicate that data of the logical identifier associated with a physical storage location in the index has been deleted; and

a storage module configured to store a packet on the non-volatile storage medium configured to indicate that contents of the physical storage location have been deleted in response to the hint.

14. The system of claim 13, further comprising an index module configured to update the index to invalidate the association between the logical identifier and the physical storage location in response to the hint.

15. The system of claim 14, wherein the index module is configured to remove an entry that maps the logical identifier to the physical storage location from the index in response to the hint.

16. The system of claim 13, further comprising an index reconstruction module configured to reconstruct the associations between the logical identifiers and the physical storage locations, wherein the index reconstruction module is configured to record that data associated with the logical identifier has been deleted based on the packet.

17. The system of claim 13, wherein the packet comprises one of an erase packet and a data segment token.

18. The system of claim 13, wherein the packet indicates that data of a plurality of logical identifiers have been deleted.

19. The system of claim 13, further comprising a storage controller, wherein the storage controller comprises the processor.

20. The system of claim 13, wherein the non-volatile storage medium comprises a flash storage medium.

21. The system of claim 13, wherein the non-volatile storage medium comprises a NAND flash storage medium.

22. A non-transitory computer-readable storage medium comprising instructions configured to cause a computing device to perform a method, comprising:

maintaining an index comprising mappings between logical identifiers and physical storage locations of a non-volatile storage device;

receiving an indication, comprising a logical identifier, that the logical identifier mapped to a physical storage location comprising data associated with the logical identifier in the index is empty; and

recording persistent data on the non-volatile storage device in response to the indication, wherein the persistent data is configured to indicate that the logical identifier is empty.

23. The non-transitory computer-readable storage medium of claim 22, the method further comprising invalidating a data packet in response to the indication.

24. The non-transitory computer-readable storage medium of claim 22, the method further comprising removing the

US 8,762,658 B2

**55**

**56**

mapping between the logical identifier and the physical storage location from the index in response to the indication.

**25**. The non-transitory computer-readable storage medium of claim **22**, the method further comprising reconstructing the index based on the contents of the non-volatile storage medium, wherein reconstructing comprises determining that the logical identifier is empty in response to the persistent data recorded on the non-volatile storage device while the data associated with the logical identifier remains on the physical storage location.

**26**. The non-transitory computer-readable storage medium of claim **22**, further comprising responding to a request pertaining to the logical identifier with an indication the logical identifier is empty while the data associated with the logical identifier remains on the physical storage location.

\*    \*    \*    \*    \*