# Exhibit K

| From: | Rueckheim, Mike |
|---|---|
| To: | Bobby Delafield |
| Cc: | Timothy Grochocinski; Ed Nelson; Rylie Parkins; Vidal, Kathi; Dale, Ahtoosa; Arbaugh, Natalie; Winston-Micron-Unification; Jon Rastegar; Tong, Peter; Melsheimer, Tom |
| Subject: | RE: Unification Techs. v. Micron, WDTX-6-20-cv-0500 |
| Date: | Friday, July 16, 2021 10:55:48 AM |
| Attachments: | image002.jpg |
| | image003.png |
| | 07.09.2021 UTL Letter to Micron re 3rd Party Code.pdf |

Counsel, we are in receipt of your July 9, 2021 letter (attached) requesting Micron to produce third party source code that is not in Micron's possession, custody or control. We are confused by your statement that "[b]ased on the agreements between Micron and the Controller Suppliers, Micron has the right to inspect such source code." UTL has not cited to any language in a Micron agreement that would support your request. Also, the case opinions you cite are inapposite. *See Polaris PowerLED Technologies LLC v. Vizio, Inc.* (ordering production of documents when a redacted agreement was found to give the defendant the "legal right to obtain documents upon demand"); *LSI Corp. v. Visio, Inc.*, Case No. A-12-CV-191 LY, 2012 WL 1883998, *4 (W.D. Tex. May 22, 2012) (requested materials from "a related corporate entity"). UTL is apparently aware of the fact that the requested materials are not in Micron's possession, custody or control as shown by the fact that UTL is pursuing third party discovery through subpoena practice. We request that UTL produce all communications and responses to those subpoenas.

-Mike


**Michael R. Rueckheim**
Partner

Winston & Strawn LLP
275 Middlefield Road, Suite 205
Menlo Park, CA 94025

D: +1 650-858-6433

M: +1 713-444-4447

F: +1 650-858-6550

Bio | VCard | Email | winston.com

*Admitted to practice in California, New York, Texas*



**From:** Bobby Delafield <bobby@nbafirm.com>
**Sent:** Friday, July 9, 2021 1:47 PM
**To:** Rueckheim, Mike <MRueckheim@winston.com>
**Cc:** Timothy Grochocinski <tim@nbafirm.com>; Ed Nelson <ed@nbafirm.com>; Rylie Parkins <rylie@nbafirm.com>; Vidal, Kathi <KVidal@winston.com>; Dale, Ahtoosa <ADale@winston.com>; Arbaugh, Natalie <NArbaugh@winston.com>; Winston-Micron-Unification <Winston-Micron-Unification@winston.com>; Jon Rastegar <Jon@nbafirm.com>; Tong, Peter <PTong@winston.com>; Melsheimer, Tom <TMelsheimer@winston.com>
**Subject:** RE: Unification Techs. v. Micron, WDTX-6-20-cv-0500

Counsel,

Please see the attached correspondence.

Regards,
Bobby

**Bobby Delafield**
**Nelson Bumgardner Albritton PC**
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Office: (817) 377-3486
Cell: (512) 297-4462
**bobby@nbafirm.com**

Artboard 7 copy 9@2x



*Privileged & Confidential*

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.