# LETTER OF REQUEST
# COMMISSION ROGATOIRE

Hague Convention of 18 March 1970 on the
Taking of Evidence Abroad in Civil or Commercial Matters
*Convention de La Haye du 18 mars 1970 sur
l'obtention des preuves à l'étranger en matière civile ou commerciale*

| | | |
|---|---|---|
| 1. | Sender<br>*Expéditeur* | Robert A. Delafield II, Nelson Bumgardner Conroy PC<br>3131 West 7th St., Suite 300, Fort Worth, TX 76107 USA<br>(With the permission of the Requesting Authority) |
| 2. | Central Authority of the Requested State<br>*Autorité centrale de l'État requis* | Ministry of Justice of China, International Legal Cooperation Center<br>33, Pinganli Xidajie, Xicheng District, Beijing 100035, China |
| 3. | Person to whom the executed request is to be returned<br>*Personne à qui les pièces constatant l'exécution de la demande doivent être renvoyées* | Clerk<br>US District Court for the Western District of Texas<br>800 Franklin Ave., Rm. 380, Waco, TX 76701 USA |
| 4. | Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request<br>*Indiquer la date limite à laquelle l'autorité requérante désire recevoir la réponse à la commission rogatoire* | |
| | Date<br>*Date limite* | May 13, 2022. |
| | Reason for urgency*<br>*Raison de l'urgence* | The trial is scheduled to begin on June 13, 2022. |

In conformity with Article 3 of the Convention, the undersigned applicant has the honour to submit the following request:
*En conformité de l'article 3 de la Convention, le requérant soussigné a l'honneur de présenter la demande suivante :*

| | | |
|---|---|---|
| 5. a | Requesting authority (Art. 3(a))<br>*Autorité requérante (art. 3(a))* | United States District Court for the Western District of Texas |
| b | To the Competent Authority of (Art. 3(a))<br>*À l'Autorité compétente de (art. 3(a))* | The People's Republic of China |
| c | Names of the case and any identifying number<br>*Nom de l'affaire et numéro d'identification de l'affaire* | Unification Technologies LLC v. Micron Technology, Inc., et al., Civ. A. No. 6:20-CV-500 |

| 6. | Names and addresses of the parties and their representatives (including representatives in the Requested State*) (Art. 3(b))<br>*Identité et adresse des parties et de leurs représentants (y compris représentants dans l'État requis) (art. 3(b))* | |
|---|---|---|
| a | Plaintiff<br>*Demandeur* | Unification Technologies LLC |
| | Representatives<br>*Représentants* | See Attachment A |
| b | Defendant<br>*Défendeur* | Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC |

Permanent Bureau July 2017

| | | |
|---|---|---|
| c | Representatives<br>*Représentants* | See Attachment A |
| | Other parties<br>*Autres parties* | Not Applicable |
| | Representatives<br>*Représentants* | Not Applicable |
| 7. a | Nature of the proceedings (divorce, paternity, breach of contract, product liability, etc.) (Art. 3(c))<br>*Nature et objet de l'instance (divorce, filiation, rupture de contrat, responsabilité du fait des produits, etc.) (art. 3(c))* | Civil action seeking damages for patent infringement. |
| b | Summary of complaint<br>*Exposé sommaire de la demande* | See Attachment B |
| c | Summary of defence and counterclaim*<br>*Exposé sommaire de la défense ou demande reconventionnelle* | See Attachment B |
| d | Other necessary information or documents*<br>*Autres renseignements ou documents utiles* | A copy of the complaint and the answer are attached to this request. |
| 8. a | Evidence to be obtained or other judicial act to be performed (Art. 3(d))<br>*Actes d'instruction ou autres actes judiciaires à accomplir (art. 3(d))* | The Requesting Authority requests that the competent authorities of the People's Republic of China compel the production of documents and compel the testimony specified on Attachment C. |
| b | Purpose of the evidence or judicial act sought<br>*But des actes à accomplir* | The evidence sought is relevant to proof of patent infringement. |
| 9. | Identity and address of any person to be examined (Art. 3(e))*<br>*Identité et adresse des personnes à entendre (art. 3(e))* | Memblaze Technology Co., Ltd., Building B2, Dongsheng Park, 66 Xixiaokou Rd., Haidan District, Beijing 100192, China |
| 10. | Questions to be put to the persons to be examined or statement of the subject matter about which they are to be examined (Art. 3(f))*<br>*Questions à poser ou faits sur lesquels les personnes susvisées doivent être entendues (art. 3(f))* | See Attachment C |
| 11. | Documents or other property to be inspected (Art. 3(g))*<br>*Documents ou objets à examiner (art. 3(g))* | See Attachment C |

| 12. | Any requirement that the evidence be given on oath or affirmation and any special form to be used (Art. 3(h))* *Demande de recevoir la déposition sous serment ou avec affirmation et, le cas échéant, indication de la formule à utiliser (art. 3(h))* | The testimony should be given on oath. No particular form is required. |
|---|---|---|
| 13. | Special methods or procedure to be followed (e.g., oral or in writing, verbatim transcript or summary, cross-examination, etc.) (Arts 3(i) and 9)* *Formes spéciales demandées (déposition orale ou écrite, procès-verbal sommaire ou intégral, "cross-examination", etc.) (art. 3(i) et 9)* | See Attachment D |
| 14. | Request for notification of the time and place for the execution of the Request and identity and address of any person to be notified (Art. 7)* *Demande de notification de la date et du lieu de l'exécution de la requête, de l'identité et de l'adresse de la ou des personnes à informer (art. 7)* | The Requesting Authority requests that the representatives of the parties identified on Attachment A be given advance notice of all proceedings related to execution of the letter of request by email at the addresses given on the Attachment. |
| 15. | Request for attendance or participation of judicial personnel of the requesting authority at the execution of the Letter of Request (Art. 8)* *Demande d'assistance ou de participation des magistrats de l'autorité requérante à l'exécution de la commission rogatoire (art. 8)* | Not Applicable |
| 16. | Specification of privilege or duty to refuse to give evidence under the law of the Requesting State (Art. 11(b))* *Spécification des dispenses ou interdictions de déposer prévues par la loi de l'État requérant (art. 11(b))* | The witness may refuse to give evidence if it has a privilege under the law of the United States or the law of China. Privileges under US law include the attorney-client privilege and, for natural persons, the privilege against self-incrimination. |
| 17. | The fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under Article 26 of the Convention will be borne by:* *Les taxes et frais donnant lieu à remboursement en vertu de l'article 14, alinéa 2 et de l'article 26 seront réglés par :* | The plaintiff, Unification Technologies LLC. |

| Date of request *Date de la requête* 11/2/2021 | |
|---|---|
| Signature and seal of the requesting authority *Signature et sceau de l'autorité requérante* [signature] | |

*Omit if not applicable / Ne remplir qu'en cas de nécessité